**ROGER AGAJANIAN ESQ. #55393**
***The Waterfront Building***
**2901 West Pacific Coast Highway Suite 200**
**Newport Beach, California 92663**
**Tel: 949-258-4347**
**Fax: 949-258-4389**
**Cell: 714-936-9158**
**Email: rogeragajanian@gmail.com**
**Attorney for Plaintiff, MARKMISHAK dba INEEDATV.COM**

**UNITED SATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION**

| | |
|---|---|
| **MARK MISHAK, dba INEEDATV.COM,**<br>**Plaintiff,**<br>**-V-**<br>**GOOGLE, INC., AMERICA ONLINE INC. NETSCAPE INC., MICROSOFT NETWORK INC, ASK JEEVES INC., EXCITE INC., YAHOO INC. WEBCRAWLER INC., LYCOS INC., HOTBOT INC., ALTAVISTA INC., CRAIGSLIST INC., RESPOND INC., INFOSEEK INC., PLANET-SEARCH INC., COMFIND INC., LIQUIDPRICE INC., EARTHLINK INC. Does 1-100**<br>**Defendants,** | **Case # CV 07-8258 CAS (JCRx)**<br>**1st AMENDED COMPLAINT FOR DAMAGES**<br>**1. *Lanham Act*-Trademark Infringement**<br>**2. *Lanham Act*-False Representation**<br>**3. *Lanham Act*-Dilution**<br>**4. Injury to Business Reputation**<br>**5. Trademark Infringement & Unfair Competition**<br>**6. Tortious Interference with Prospective Business Advantage**<br>**7. Preliminary & Permanent Injunction** |

**PLAINITIFF ALLEGES AS FOLLOWS:**

Plaintiff, Mark Mishak, d/b/a INDEEDATV.com ("Mishak"), by and through its counsel, Roger James Agajanian, Esq, for its Complaint against Google, Inc. ("Google"), American Online, Inc. ("AOL"), Netscape Communication Inc. (Netscape), Ask Jeeves, Inc. (Ask Jeeves), Excite Inc. (Excite), Webcrawler Inc. (Webcrawler), Yahoo Inc. (Yahoo), Lycos Inc. (Lycos), Hotbot Inc. (Hotbot), AltaVista Inc. (Altavista), Craig's List Inc. (CraigsList), Respond Inc. (Respond), Infoseek Inc. (Infoseek), Planet Search Inc. (Planet Search), Pro Net Inc. (Pro Net), Comfind Inc. (Comfind), Liquid Price (Liquid Price), and EarthLink, Inc. (EarthLink) (hereinafter collectively the Defendants), states as follows:

//

//



Dockets.Justia.com

## Nature of the Case

The Defendants operate for their own profit various Internet "Search Engines", which are used by consumers to search the World Wide Web for, among other things, products and services, more specifically:

1. When a person searches for a particular topic in a search engine, that search engine compiles a list of sites matching or relates to the user's search terms, and the posts the lists of sites, known as search results.

2. All Defendants listed above sell advertising space on the each result pages know as Banner Ads. These advertisements are commonly found on the top of the computer screen. These ads are often animated and whimsical. They are designed to entice the user to "click here". If the user does "click here", the user is transported to the website of the advertiser.

3. As with all advertising media, advertisers desire to target consumers matching a certain demographic profile.

4. Savvy website operators accommodate the advertisers by "keying" ads to match certain search terms entered by users. Defendants and each of them target these "key search terms" at a premium.

5. Plaintiff has a copyright. (Exhibit 1). Trademark.

6. Plaintiff contends that in utter disregard to Miskak's intellectual rights, Defendant have sold "Keywords" identical to certain of Mishak's trademarks to various third parties and have deliberately manipulates Defendant's search engine "results" so that, when consumers use these search engines to find Mishak's products and services, the consumers are unwittingly diverted to competitors' products and services. By this unfair and deceitful conduct, Defendants' have infringed and diluted, and continue to infringe and dilute, Mishak's

registered and unregistered service marks and trademarks.

**Parties**

7. Mark Mishak is an individual who was, until forced to close down his business due to interference alleged infra, doing business as ineedatv.com.

8. Upon information and belief, Google is a Delaware corporation with a principal place of business in Mountain View, California. Upon information and belief, Google advertises, solicits clients, and conducts sales and purchases in the state of California and elsewhere.

9. Upon information and belief, AOL, is a Delaware corporation with its principal place of business in Dulles, Virginia. Upon information and belief, AOL maintains an office at 54 West 18th Street, New York. In addition, AOL advertises, solicits clients, and conducts sales and purchases in the State of California and elsewhere.

10. Upon information and belief, Netscape is a Delaware corporation with its principal place of business in Mountain View, California. Netscape advertises, solicits clients, and conducts sales and purchases in the State of New York, California and elsewhere.

11. Upon information and belief, Ask Jeeves is a Delaware corporations with its principal place of business in Emeryville, California. Upon information and belief, Ask Jeeves maintains an office at 50 West 17th Street, New York, New York. In addition, Ask Jeeves advertises, solicits clients, and conducts sales and purchases in the State of California and elsewhere.

12. Upon information and belief, Excite is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the State of California and elsewhere.

13. Upon information and belief, Webcrawler is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the state of California and elsewhere.

14. Upon information and belief, Yahoo is a Delaware corporation and advertises, solicits clients and conducts sales and purchases in the State of California and elsewhere.

15. Upon information and belief, Lycos is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

16. Upon information and belief, Altavista is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

17. Upon information and belief, Craig's List is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

18. Upon information and belief, Respond is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

19. Upon information and belief, Infoseek is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

20. Upon information and belief, Planet Search is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

21. Upon information and belief, Pronet is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

22. Upon information and belief, Comfind is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

23. Upon information and belief, Liquid Price is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

24. Upon information and belief, Earthlink is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

## Jurisdiction & Venue

25. This is an action arising under the *Lanham Act, 15 U.S.C. 1114 (1) (a), 1125 (a)*, and *1125* (c). This court has federal question jurisdiction over these claims pursuant to 15 U.S.C. 1121, and *28 U.S.C. 1331, 1338 (a)* and *1338 (b).*

26. The court has subject matter jurisdiction over the stat law claims pursuant to *28 U.S.C. 1367 (a).*

27. Defendants are subject to the personal jurisdiction of this Court because, among other things, a substantial part of the events giving rise to this litigation occurred in the State of California.

28. In addition, Defendants are subject to the personal jurisdiction of this Court because among other things, upon information and belief each of the Defendant's is subject to California's *Long-arm Statute.*

29. In addition, Defendants are subject to the personal jurisdiction of this court because, among other things, upon information and belief each of the Defendant's have transacted and presently is transacting business in the States of California and elsewhere by: (a) providing Internet users in California access to its search engines; (b) providing Internet users in California advertising on its website; (c) contracting with, or attempting to contract with, California residents for the sale of goods or services, including the sale of advertising space on its internet website; (d) selling or attempting to sell goods to residents of the State of California; (e) maintaining an office in the State of California; and/or (f) committing tortuous acts in the State of California.

## Plaintiff's Trademarks

30. MISHAK d.b.a. INEEDATV.COM is a direct-to-consumer retailer of custom order television, appliances, and personal property in the United States and on the Internet. MISHAK, in conjunction with it's predecessor companies, has been in the home commercial, and personal appliance business for over 5 years until being forced to close its doors in 2002 due to the