Mark Mishak v. Google, Inc. et al Doc. 15



marks;

4. Making any use of the MISHAK marks and/or terms confusingly similar thereto;

5. Making any designations of origin, description, representations or suggestions that MISHAK is the source, sponsor or in any way affiliated with its competitors, their products or their websites; and

6. Engaging in any other act constituting unfair competition or deceptive practices with MISHAK or constituting an infringement or MISHAK's rights in and to the MISHAK marks.

(B) As to all Causes of Action contained in 1-6 inclusive; That Defendants be required to reimburse MISHAK for all actual damages and lost sales suffered by MISHAK by reason of Defendant's illegal conduct, as well as any profits of Defendant that are attributable to Defendants' illegal conduct, as well as any profits of Defendants that are attributable to Defendant's unfair competition, dilution and infringement not taken into account in computing the actual damages; and

(C) That punitive damages be awarded as authorized under the law;

(D) The Defendant's be required to pay all of MISHAK's attorney's fees, expenses and costs associated with this action pursuant to the *Lanham Act, 15 U.S.C. 1117*; and

(E) That this Court grants such other and further relief as this Court may deem just and equitable.

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff hereby demands a jury trial on all claims and on all issues tried by a jury.

Dated: February 25, 2008

Respectively Submitted,

Roger James Agajanian

Dr. Roger James Agajanian, JD Attorney for Plaintiff, Mark Mishak



Dockets.Justia.com

# Certificate of Registration

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

REGISTRATION NUMBER
TX 5-876-831

EFFECTIVE DATE OF REGISTRATION
MAY 22, 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
I NEED A TV

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼ NOT CONTRIBUTED TO ANYONE BUT MYSELF

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼
MARK F. MESHAK

DATES OF BIRTH AND DEATH
Year Born ▼ 1959 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES OF AMERICA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
TEXT AND SOME ART WORK

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ HTML WEB PAGES

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
6-98 ◀ Year
This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 6 Day ▶ 20 Year ▶ 1998
UNITED STATES OF AMERICA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MARK F MESHAK
466 N. ORANGE ST S-251
REDLANDS CALIFORNIA, USA 92374

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
NOV 28 2003 / MAY 22, 2003
ONE DEPOSIT RECEIVED
MAY 22, 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EX. 1

# This Weeks Search Results and Tracking Form For
# I Need A TV

**Week of:** 01-08-06 **to** 01-14-06
SUN SAT

EX. 7

altavista Web Images MP3/Audio Video News Family Filter: off Help

I Need A TV Find Advanced Search Settings

SEARCH: Worldwide USA RESULTS IN: All languages English, Spanish

Sponsored Matches Become a sponsor

TVs at CircuitCity.com

All **TVs** $499 and up on sale. Save up to $400 instantly! Free shipping on orders $25 and up, or buy it online and pick it up at any Circuit City store.
www.circuitcity.com

New Season of American Idol on FOX

Don't miss the season premiere of America's #1 show, American Idol. Airs January 17th and 18th at 8/7c on FOX. Hot new community features online - video, personal blogs, profiles and chat.

Sponsored Matches

TV's - Compare Prices at NexTag.com

Found 2,678 matches for TV's at NexTag.com, the search e...
www.nextag.com

Tv - Cheaper Prices

Before you buy, compare prices at Calibex. We have a com...
www.calibex.com

TV Deals

Handpicked TV deals at bradsdeals.com - over 1500 free d...
www.bradsdeals.com

Tattoo TV: Miami Ink on TLC

Who said great stories have to be written on paper? The ...
tlc.discovery.com

TVs: Compare Prices

Find Bargains on TVs and other Plasma, Widescreen, HDTV,...
www.bizrate.com

altavista Web Images MP3/Audio Video News Family Filter: off Help

I Need A TV domain:avsforum.com FIND

Advanced Search
Settings

SEARCH: Worldwide USA RESULTS IN: All languages English, Spanish

AltaVista found 99,700 results

AVS Forums Archives - **Need a TV** with 2 DVI inputs
... **Need a TV** with 2 DVI inputs ... equipment. I am currently researching **a TV**, and due to ... rear projection HDTV ready **TV**. I am a current DirecTV ...
archive.avsforum.com/avs-vb/history/topic/374343-1.html

✓ 98

See Alta Vista Marked

AVS Forum - Does MCE **need a TV** tuner card to run?
AVS Forum (http://www.**avsforum.com/**avs-vb/index.php) - Home Theater Computers (http://www.**avsforum.com/**avs-vb/forumdisplay.php?f=26) Chippy99. 07-01-05 07:31 AM. Does MCE **need a TV** tuner card to run?
www.avsforum.com/avs-vb/printthread.php?t=555181

Does MCE **need a TV** tuner card to run? - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?t=555181

**Need a tv** for family room going over a fireplace - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?t=504696

i **need a tv** and some help - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?t=549267

✓ 100

**Need** Bedroom **TV** Suggestion. - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ . ... Display Devices > Rear Projection Units. **Need** Bedroom **TV**