Suggestion ... buy my wife a new **TV** for the bedroom. ... current set has a standard Direct **TV** Box on it ...
www.avsforum.com/avs-vb/showthread.php?goto=lastpost&t=612059

Need help choosing a TV. - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ . ... **Need** help choosing **a TV**. **I** am looking at 2 ... center that goes around the **tv**. If I go with the ...
www.avsforum.com/avs-vb/showthread.php?t=622921

AVS Forums Archives - **Need** new **TV** suggestions
... Pages:1. **Need** new **TV** suggestions ... **I** am looking to get a new **TV** and from the research **I** ... about the reliability of **TV** manufacturers. Here is what I ...
archive.avsforum.com/avs-vb/history/topic/347641-1.html

AVS Forums Archives - HELP -- **Need** new **TV**
... Pages:1. HELP -- **Need** new **TV** ... home theater. **I** am now starting to evaluate equipment: The big question, what is the BEST 16:9 format **TV** available, in ...
archive.avsforum.com/avs-vb/history/topic/6994-1.html

AVS Forums Archives - **Need a TV** Tuner Card for HTPC with Composite & S-Video In
... **Need a TV** Tuner Card for HTPC with Composite & S-Video ... configuration reasons why **I need** both composite and S-Video ... there a good quality **TV** Tuner (don't **need** FM radio or ...
archive.avsforum.com/avs-vb/history/topic/29923-1.html

**Result Pages:** 1 2 3 4 5 6 7 8 9 10 Next >> Back To Top

I Need A TV domain:avsforum.com FIND

Try your Search on Yahoo!

Business Services Submit a Site About AltaVista Privacy Policy Help

© 2005 Overture Services, Inc.

96%.
www.glarebuster.com

End **TV** Glare Today
Glare Buster removes 96% of the glare and light reflection from your **TV**. Easy to apply, lasts 3-plus years. Available for the introductory price of only $19.95.
www.glarebusters.com

AltaVista found 252,000,000 results

'Karrubi doesn?t **need a TV** to express his views'
... 'Karrubi doesn?t **need a TV** to express his views' ... Whenever Karrubi has felt the **need** to express his ideas about political developments, he has taken various measures ...
story.philippinetimes.com/p.x/ct/9/id/7c10fea114a570d8/cid/2411cd3571b4f088
More pages from story.philippinetimes.com

90

FlashTV :: WATCH + READ + PLAY + LISTEN
IWANTMYFLASHTV! is a FREE destination site showcasing FLASH-generated film shorts and animations created by novice and veteran film-makers, flash-media developers, animators, students and storytellers from around the world!
www.iwantmyflashtv.com
More pages from iwantmyflashtv.com

**I need a TV** repair guy in Saskatoon!!!
Post 1 of 1 Topic 1318 of 12913. Post > Topic >> **I need a TV** repair guy in Saskatoon!!! if you know of one could you let me know here on the newsgroup? please please pretty please. 1 Posts in Topic: Post A Reply: ... Classifieds > Canada – Saskatchewan > **I need a TV** rep...
www.talkaboutclassifieds.com/group/sk.forsale/messages/45336.html
More pages from talkaboutclassifieds.com

100

SlickDeals.net Forums - **Need** to find **a TV**...Please HELP!!!!
**Need** to find **a TV**...Please HELP!!!! Help Me Find a Deal
forums.slickdeals.net/showthread.php?p=653013
More pages from forums.slickdeals.net

Power Rangers: A Friend in **Need** (2) - **TV**.com
**TV**.com is your reference guide to Power Rangers episode A Friend in **Need** (2). Episode guide, cast and crew information, analysis, polls, reviews and more.

www.tv.com/power-rangers/a-friend-in-need-2/episode/30731/summary.html
More pages from tv.com

Bying a TV - Need Advice

... Television > **TV** > Bying **a TV** - Ne... Topic >> Bying **a TV** - **Need** Advice ...

www.talkabouttelevision.com/group/alt.tv/messages/101852.html
More pages from talkabouttelevision.com

NASIOC - So forget my Audi wheels **I need a TV.**

... So forget my Audi wheels **I need a TV**. User Name ... So forget my Audi wheels **I need a TV**. ...

forums.nasioc.com/forums/showthread.php?t=680979
More pages from forums.nasioc.com

100

All You **Need** to Know About the Movie and **TV** Business (ISBN: 0684800640) at eBay Books

Shop at eBay for All You **Need** to Know About the Movie and **TV** Business (ISBN: 0684800640) and other Books. Read product descriptions and reviews. Buy at auction or in an eBay store.

product.ebay.com/All-You-Need-to-Know-About-the-Movie-and-...0QQfvcsZ1388QQsoprZ799952
More pages from product.ebay.com

Flashlight **Need** No Battery | **TV** Market Place

Buy your flashlight **need** no battery at **TV** Market Place. Free 30 day warranty, buy 3 get 1 free, 2 free gifts, and fast shipping. This new LED flashlight doesn't require any batteries or bulbs and is always ready and working when you **need** it most.

www.tvmarketplace.net/products/product.aspx?id=117&sComp=T...lashlight+need+no+battery
More pages from tvmarketplace.net

Find All You **Need** To Know About The Movie And **Tv** (Paperback) at Smarter.com

Save money on All You **Need** To Know About The Movie And **Tv** Business on Paperback when you compare prices at Smarter.com. Comparison shop at Smarter.com and save money before you buy....

www.smarter.com/books-1/product/all_you_need_to_know_about...vie_and_tv_business-70392

More pages from smarter.com

Sponsored Matches Become a sponsor

Shop and Compare Televisions

Buy **a TV** online - Brilliant Shopper **is** an exciting new comparison shopping engine. Shop, find, compare prices before you buy. Brilliant Shopper - be brilliant.

www.brilliantshopper.com

ABC News: TV

ABC News **is** the source to trust in times like these. Get the latest news online, 24/7, from award-winning journalists and legendary programs like Good Morning America, 20/20 and Nightline.

abcnews.go.com

Overstock.com Discounts

**TV** - enjoy discount pricing on brand name products at overstock. Up to 75% savings everyday.

click.linksynergy.com

**Result Pages:** << Prev 1 2 3 **4** 5 6 7 8 9 10 Next >> Back To Top

I Need A TV

Try your Search on Yahoo!

Business Services Submit a Site About AltaVista Privacy Policy Help

© 2005 Overture Services, Inc.

TVs - Compare Prices at Pricerunner.com

Save money by comparing prices on **TVs** - PriceRunner provides you with free and independent price comparisons.

www.pricerunner.com

AltaVista found 253,000,000 results

Need help choosing a tv

Consumer Electronics Discussions on Home Theater Audio Video including DVD MP3 HDTV and more... Home > Message Board > Home Video > **TV** Basics > Archive through July 27, 2005 > **Need** help choosing **a tv** ...

forum.ecoustics.com/bbs/messages/2/134998.html

More pages from forum.ecoustics.com

Help!!! **Need a tv** tuner for my pc - The CHUD.COM Message Boards 90

Help!!! **Need a tv** tuner for my pc Chewer Tech: Home Theater Hardware & Specs

www.chud.com/forums/showthread.php?t=51674

More pages from chud.com

NOOB - Do I really **need a TV**/video tunner? 90

... question but someone told me that I don't **need a TV**/video tuner card such as WinTV PVR ... Yes I'm a cheapskate! =) All **I need** to do is view ...

forum.byopvr.com/dvr/index.php?topic=2749.0

More pages from forum.byopvr.com

VWvortex Forums: What do **I need** to set my computer as **a tv** 90

Volkswagen Enthusiast Discussion Forums ... if you're getting satellite, you don't **need a tv** "tuner" card ...

forums.vwvortex.com/zerothread?id=1836950

More pages from forums.vwvortex.com

**Need a TV**/Capture card - Neowin.net 90

**Need a TV**/Capture card, recommendations? Rate this topic: Apr 28 2004, 06:51. Post #1. Neowinian Senior. Group: Registered. Posts: 3,238. Joined: 25-March 03 ... I'm in the **need** for **a TV**/Capture card - and fast ...

www.neowin.net/forum/index.php?showtopic=161836

More pages from neowin.net

The CHUD.COM Message Boards - Help!!! **Need a tv** tuner for my pc