01-03-2003 02:08 PM. Help!!! **Need a tv** tuner for my pc. I'm running WinXP and want to get a good **tv** tuner so I can watch **tv** on my pc while my fiance watches her shows in the den. I don't want to spend more than $100 if possible. Any recommendations?
www.chud.com/forums/printthread.php?t=51674
More pages from chud.com

90

**Need a tv** for family room going over a fireplace - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?t=504696
More pages from avsforum.com

Does MCE **need a TV** tuner card to run? - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?p=5831635
More pages from avsforum.com

WHY do you **need a TV** on your fridge??? - @forums
WHY do you **need a TV** on your fridge??? Other Interesting Topics
www.atforumz.com/showthread.php?t=244170
More pages from atforumz.com

90

**Need a TV**? We've got one FOR SALE
... Classifieds > Texas – San Antonio > **Need a TV**? We'... **Need a TV**? We've got one FOR SALE! Come in or call: 8035 Culebra (Outside Loop 410 ...
www.talkaboutclassifieds.com/group/sat.forsale/messages/9241.html
More pages from talkaboutclassifieds.com

~~98~~ 90

Sponsored Matches Become a sponsor

TVs: Compare Prices
Find Bargains on **TVs** and other Plasma, Widescreen, HDTV, and brand name Televisions. Get tax and shipping information, merchant ratings, and professional product reviews at BizRate.com.
www.bizrate.com

TV at FatLens.com
Find great deals on **TVs**, digital cameras, MP3 players and

www.idolonfox.com

Televisions - SEARS® Official Site
Shop LCD, plasma, HDTV, flat screen **TV's** and more at SEARS®. Find Sharp, Panasonic, Sony, Hitachi, Phillips and much more. Plus save time and money when you buy online and pick up at SEARS.
www.sears.com

AltaVista found 253,000,000 results

'Tuned-in' toddlers **need a TV** timeout - The Washington Times: Nation/Politics
New research has found that computers and television are omnipresent even in the lives of American preschoolers.
www.washtimes.com/national/20031028-113327-6716r.htm
More pages from washtimes.com

90

Article: "'Tuned-in' Toddlers **Need a Tv** Timeout." - the Washington Times
Price: $9.95. Publication: The Washington Times. October 2003. Immediate Online Delivery. Excerpt: " Byline: Cheryl Wetzstein, The Washington Times New research has found that computers and...
goliath.ecnext.com/comsite5/bin/comsite5.pl?page=descripti...words=Tuned_Toddlers_Need
More pages from goliath.ecnext.com

90

**Need a tv** to setup universal player?
Consumer Electronics Discussions on Home Theater Audio Video including DVD MP3 HDTV and more... to all the different setup options for this player, one would **need a tv** to access the onscreen menu ...
forum.ecoustics.com/bbs/messages/1/123354.html
More pages from forum.ecoustics.com

90

[H]ard|Forum - **Need a TV**.
HardForum ... [H]ard|Ware > HTPC Systems. **Need a TV**. User Name ... is expensive, and **I need a TV**). However why buy a non HD **TV**? **I** mean if ...
www.hardforum.com/showthread.php?t=917285
More pages from hardforum.com

90

Do **I need a TV** Tuner if going Sat.
Meedio software turns your existing PC into a digital media center, home theater PC, home entertainment PC, digital video recorder (DVR or PVR), or home automation server. ...

100

MacAddict Forums / You **need a** license to own a TV in the UK? WTH...

MacAddict Forums. Made from the finest ingredients. You are not logged in. Pages: 1 2 3. locutus_of_borg. Member. From: Nevader... yeeee-haw! Registered: 2002-07-31. PM Website. You **need a** license to own **a TV** in the UK? WTH...

www.macaddict.com/forums/post/808651

More pages from macaddict.com

Sponsored Matches Become a sponsor

TV's - Compare Prices at NexTag.com

Found 2,678 matches for **TV's** at NexTag.com, the search engine for shoppers. Compare tax, shipping, ratings and reviews from name brand stores all over the web.

www.nextag.com

Tv - Cheaper Prices

Before you buy, compare prices at Calibex. We have **a** complete selection of computers, electronics, video games and office products from online stores.

www.calibex.com

TV Deals

Handpicked **TV** deals at bradsdeals.com - over 1500 free deals and coupons for over 600 stores.

www.bradsdeals.com

**Result Pages:** **1** 2 3 4 5 6 7 8 9 10 Next >>

Back To Top

I Need A TV FIND

Try your Search on Yahoo!

Business Services Submit a Site About AltaVista Privacy Policy Help

© 2005 Overture Services, Inc.

Posted: Mon Dec 29, 2003 10:01 am Post subject: Do **I need a TV** Tuner if going Sat. ...
www.meedio.com/forum/ptopic4996.html
More pages from meedio.com

BBC NEWS | Entertainment | **TV** and Radio | Elderly '**need** digital **TV** funds'
Vulnerable groups such as the elderly should be helped to buy digital **TV** equipment, a report says. ... Elderly '**need** digital **TV** funds' A new tick logo will denote digitally compatible equipment ... money to help buy digital **TV** equipment before traditional analogue **TV** signals are switched ...
news.bbc.co.uk/go/click/rss/0.91/public/-/1/hi/entertainment/tv_and_radio/4039341.stm
More pages from news.bbc.co.uk

BBC NEWS | Entertainment | **TV** and Radio | Vulnerable '**need** digital **TV** help'
... Vulnerable '**need** digital **TV** help' An estimated 63% of UK households have digital **TV**. Vulnerable people in society **need** more government help to make the switch-over to digital ...
news.bbc.co.uk/1/hi/entertainment/tv_and_radio/4252198.stm
More pages from news.bbc.co.uk

Gentoo Forums :: View topic - **I need a tv** tuner
Quick Search: Author. Message. gsfgf. Veteran. Joined: 08 May 2002. Posts: 1219. Posted: Tue Nov 11, 2003 10:43 pm Post subject: **I need a tv** tuner. I want to use mythtv to make my computer a pvr.
forums.gentoo.org/viewtopic.php?t=105136&highlight=hardware+encoder+cards
More pages from forums.gentoo.org

Editorial: Why We **Need a** Better **TV** Ratings System - April 1997 Issue of St. Anthony Messenger Magazine Online
Improvements Needed. Who Are the Decisionmakers? Why We **Need a** Better **TV** Ratings System. The new **TV** parental guidelines ratings system that went into effect this year is far from perfect, but it's a start on something we absolutely **need**. ... We **need a TV** ratings system that includes enough details to be useful and informative ...
www.americancatholic.org/Messenger/Apr1997/Editorial.asp
More pages from americancatholic.org

altavista Web Images MP3/Audio Video News Family Filter: off Help

I Need A TV domain:avsforum.com FIND Advanced Search Settings

SEARCH: Worldwide USA RESULTS IN: All languages English, Spanish

AltaVista found 99,700 results

AVS Forums Archives - **Need** help buying **a** TV, please!!!

... Pages:1. **Need** help buying **a TV**, please!!! ... about **TVs**, and i want is to have one http://www.**avsforum.com**/ubb/smile.gif dont have to be huge ...

archive.avsforum.com/avs-vb/history/topic/980-1.html

different than other paper with ★ on it

**I Need** Some Help Choosing Out **A Tv**. - AVS Forum

This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ . ... **NEED A** PLASMA, I AM LOOKING FOR A GOOD **TV** WITH A ... I was looking for **a tv** about 3 months ago ...

www.avsforum.com/avs-vb/showthread.php?t=525013

**Need a TV** Tuner Card for HTPC with Composite & S-Video In - AVS Forum Archive

READ ONLY ARCHIVES. Welcome to the AVS Forum Archives. The below archive covers threads on AVS Forum, that have not been posted to, since 12/31/2004. ... I won't go into video configuration reasons why **I need** both composite ... Is there a good quality **TV** Tuner (don't **need** FM radio ... the only thing **I need** to install ...

archive.avsforum.com/avs-vb/showthread.php?s=&threadid=29923

AVS Forums Archives - **Need** PC & TV/DVD...any suggestions for me?

... **Need** PC & **TV**/DVD...any suggestions for me? ... I'd like to replace the **TV** and PC monitor in the ... watching television. **I need** 1024x768 for the PC, plus ...

archive.avsforum.com/avs-vb/history/topic/170868-1.html

Is Plasma Best???? **Need** New **Tv** For Htpc... - AVS Forum Archive

READ ONLY ARCHIVES. Welcome to the AVS Forum