Archives. The below archive covers threads on AVS Forum, that have not been posted to, since 12/31/2004. ... I am looking for a new **tv** for my HTPC ... they want to watch **tv** news, or anything during ... a built in cabinet for the **TV**, and the dimensions are ...
archive.avsforum.com/avs-vb/showthread.php?s=&threadid=95845

AVS Forum - **I Need** Some Help Choosing Out **A Tv.**
AVS Forum (http://www.**avsforum.com**/avs-vb/index.php) - Rear Projection Units (http://www.**avsforum.com**/avs-vb/forumdisplay.php?f=63) mikefeldy. 04-01-05 10:16 PM. All times are GMT -6. The time now is 10:51 PM.
www.avsforum.com/avs-vb/printthread.php?t=525013&p=5420933

**Need** the basics: Connecting **a** DVD-Drive to **a TV** - AVS Forum Archive
READ ONLY ARCHIVES. Welcome to the AVS Forum Archives. The below archive covers threads on AVS Forum, that have not been posted to, since 12/31/2004. ... to my **TV** so I can watch movies ... What do **I need** to make this happen ... you **need a** mpeg2 decoder card which will have **a tv** out or a ...
archive.avsforum.com/avs-vb/showthread.php?s=&threadid=80620

AVS Forums Archives - Dying to get **a TV** Card to work - **need** advice!!!
... Dying to get **a TV** Card to work - **need** advice!!! ... going nuts to get **a TV** card to work on ... First I bought the ATI **TV** Wonder. That worked ...
archive.avsforum.com/avs-vb/history/topic/76476-1.html

AVS Forums Archives - **Need TV** recommendation
... Pages:1. **Need TV** recommendation ... real answer to my specific **need**. I'm looking to spend ... whatever) and buy a new **TV**. Its for a new apartment so I ...
archive.avsforum.com/avs-vb/history/topic/421774-1.html

AVS Forums Archives - **Need TV** Sugestions
... Pages:1. **Need TV** Sugestions ... HD 55" set. I liked it now **I need** to replace it ... I already knew that second which **TV I**

altavista Web Images MP3/Audio Video News Family Filter: off Help

I Need A TV domain:avsforum.com FIND Advanced Search Settings

SEARCH: Worldwide USA RESULTS IN: All languages English, Spanish

AltaVista found 99,600 results

**Need** to distribute **TV** audio to 30 computers - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?p=5359148

**need** HD 250 remote code for Polaroid **TV** - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?goto=lastpost&t=579376

**Need** recommendations for 23"-27" LCD tv/monitor - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?goto=lastpost&t=602236

AVS Forum - **Need** to distribute **TV** audio to 30 computers
AVS Forum (http://www.**avsforum.com**/avs-vb/index.php) media100. 03-22-05 07:32 AM. Quote: Can it be worse than POE (power over ethernet). POE is DC, audio is AC...no interference from DC. Quote: ... - - **Need** to distribute **TV** audio to 30 computers (http://www.**avsforum.com**/avs-vb/showthread.php?t=522291 ...
www.avsforum.com/avs-vb/printthread.php?t=522291&p=5366136

AVS Forum - Panny/Sammy/Tosh/Mits - **I need** a new TV
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ . ... a major problem with my **TV** purchase decision. I currently own a ... around $3000 for the **TV** but get torn up ...

90

www.avsforum.com/avs-vb/archive/index.php/t-530059.html

AVS Forum - **Need** help Oppo DV971H and Samsung DLP **TV**

AVS Forum (http://www.**avsforum.com**/avs-vb/index.php) - Rear Projection Units (http://www.**avsforum.com**/avs-vb/forumdisplay.php?f=63) fak005. 05-24-05 10:50 AM. ttt. All times are GMT -6. The time now is 07:31 AM. ... - - **Need** help Oppo DV971H and Samsung DLP **TV** (http://www.**avsforum.com**/avs-vb/showthread.php?t=542254 ...

www.avsforum.com/avs-vb/printthread.php?t=542254&p=5666900

AVS Forums Archives - **Need** help with new **TV** purshcase (for friend)

... description to me was "I want a high end Honda or BMW 3 Series **TV**, but don't **need a** Mercedes ... http://www.**avsforum.com**/avs-vb/show...threadid=448596 ...

archive.avsforum.com/avs-vb/history/topic/449038-1.html

AVS Forums Archives - **Need** code for Apex **TV** using Cablevision remote

... **Need** code for Apex **TV** using Cablevision remote ... my gf got a new **TV** yesterday. trying to help her programm **TV** to the cable remote. **I** check ...

archive.avsforum.com/avs-vb/history/topic/402054-1.html

What is the ohm load of **a** RCA video input of **a TV**? Or do **I need** to worry about it? - AVS Forum

This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ . ... **I** was reading that **I need** to stay in a ...

www.avsforum.com/avs-vb/showthread.php?goto=lastpost&t=623000

AVS Forums Archives - Replay **TV** 2020 won't change channels -- **Need** Help

... Replay **TV** 2020 won't change channels -- **Need** Help ... http://www.**avsforum.com**/avs-vb/show...ight=dss+serial ...

archive.avsforum.com/avs-vb/history/topic/180389-1.html

**This Weeks Search Engine results For**
**I Need A TV**