| Date | Time | Search Engine | Term Spelling | T. Pages | # at 100 | # at 90 |
|---|---|---|---|---|---|---|
| 1-09-00 to 1-10-06 | 6-Am 8Am | ALTA VISTA. com | I Need ATV | 15 | 4 | 15 |
| | | | | | | |

NAME: Mark Mishak phone 707 585 1416
NOTIFICATION: Email: N.tv2@verizon.net Fax - 508 388 7804
N=N Cell - 505 649 7801

Avg - 6 pages pp. = 15 x 6 = 90 at 100
Out of 90 = 15 at 90%
990 million pages = 20 + 4 = total #

# " I Need A TV "

Electronics - Appliances - click [here]

## Directions

[Electronics]
[Appliances]
[Contact Us]
[Shipping]
[About Us]
[Support]

## Wholesale

Click here to receive wholesale information. Click [here] for great accessories, appliances, add-on's, and in home products. Click [Google] to search our site or search [Google] to locate your part number. Include a "ship to" zip code in your [email] for the lowest delivered price.




## Congratulations!

**You found the original one and only, "I Need A TV " home page.**

*Pioneers of internet wholesale.*

**Click [here] for shopping directions or email your part number to: [buyit@ineedatv.com] for pricing and delivery. Call toll free.** 1-866-963-3388

***Lines stay busy. Your call will be returned as soon as possible.***

**[Payment Center]**

**"I Need A TV" listings are among the " top ten " on each search engine across the U.S.A. We encourage those who wish for better results to contact us directly.**

**"I Need A TV" is a registered Service Mark. Violators will be dealt with.**

**"Copyright I Need A TV 1998 All Rights Reserved**

## Language

[Portuguese]
[German]
[Spanish]
[French]
[Italian]

## High Tech

[Electronics]
[Computers]
[Small TV's]
[Appliance]
[Audio]
[DVD]

## Services

[Translate]
[Cash Rate]
[Escrow]

New and refurbish items. Two sites to meet your needs. Distribution points are currently shipped from our North East, South East, and South West U.S.A. facilities.



Ex. 3

[redacted]



# " I Need A TV "

## SUPPORT

[Home] [Payment Center] [Contact Us] [About Us] [Shipping] [Product Directory] [Mega store] **Email: buyit@ineedatv.com**
**Toll Free Message Center 1-866-963-3388**

## DIRECTIONS AND FUNDAMENTALS

### This is for professionals. Become one here.

**Utilize the links on this page. You will save a great deal of time. If you need to see products to provide us a part number, refer to the product directory on this site, use our Google search, or send us your own part number. See wholesale instructions below. For quicker service, email your part number (s) and zip code or province to "I Need A TV" for price and shipping. Large store 30 day guarantee fixed pricing is beatable in many instances. We are not bound to retail buying group regulation or agreement. Hahahaha.**

## ABOUT WHOLESALE PURCHASING

**Copy and paste this paragraph or bookmark this page now for future reference.**
**Click, "product directory" and view product manufacturers by conducting your search from this point. Search by typing the manufacturer name to obtain your part number. If the manufacturer link you are looking for is not listed, bookmark this site, open another browser and conduct a search by typing "consumer electronics". This will get you close to finding a current part number for us to use. Grab the part number and send it to us here at " I Need A TV " via email with your zip code. See your efforts reward you twice. Number one. You now have learned how to shop wholesale. Number two. You will be happy you did this when you receive our low price via email. Now your a wholesale pro shopper. You learned how to do it right here at the original, one and only "I Need A TV" web site. Congratulations on saving more than other companies want you to.**

## COMPUTERS AND SMALL APPLIANCE

**To purchase computer items and accessories, small appliances, small T. V.'s, visit the "I Need A TV" Mega Store. Utilize the wholesale end of our site first before choosing our commercial Mega Store location. We do not stock or order individual appliance or TV repair parts to fix your current equipment at this location. Parts are only available for new appliance brand name items. Minimum purchase requirements apply. There are no T. V. parts to quote you on. Sorry.**

## OVERSEAS PURCHASE RULE