Mark Mishak v. Google, Inc. et al
Doc. 22 Att. 2


# EXHIBIT B

Dockets.Justia.com

## Michael Page

**From:** Michael Page
**Sent:** Monday, January 28, 2008 10:41 AM
**To:** 'rogeragajanian@gmail.com'
**Subject:** Google

Mr. Agajanian,

I still have not received a response to my email of 1/18. In addition to Google, I will be representing Ask.com, Lycos, and Earthlink. Can you please confirm that responsive pleadings for those entities can be extended to whatever date Google's response is due, so that we don't wind up with multiple filing and hearing dates? I am still awaiting receipt of a summons and acknowledgement of service for Google, which I have informed you I will sign and return. I can extend the same offer on behalf of my other clients.

I would also appreciate your response to my request that you dismiss your complaint before we are forced to file Rule 11 and Rule 12 motions; you indicated you would speak to your client and get back to me, but you have not done so. Finally, I repeat my request that you provide me with copies of any demands or complaints your client communicated to any of my clients. As I told you, we are unaware of any, and can only assume from your refusal to provide them that they do not exist.

Michael H. Page
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
tel: (415) 391-5400
fax: (415) 397-7188
www.kvn.com