# EXHIBIT C

Dockets.Justia.com

## Michael Page

**From:** Michael Page
**Sent:** Thursday, January 31, 2008 4:12 PM
**To:** 'rogeragajanian@gmail.com'
**Subject:** Mishak

Mr. Agajanian:

I have been trying to reach you repeatedly since we last spoke. At that time, you told me that you would be sending me an acknowledgement of service for Google the next day, and that you would discuss dismissing your suit with your client and get back to me.

As I told you, I am also representing Lycos. At present, although you have not served my other clients (Google, Ask.com, and Earthlink), Lycos's responsive pleading is due in a little over two weeks. I would like to reach agreement with you that Lycos's response will be due on whatever date Google's is due. Otherwise, I will have to proceed with drafting and serving a motion for Rule 11 sanctions and a motion to dismiss: costs that if incurred we will look to you to pay.

I would also appreciate your response to my previous communications. Please either call or email at your earliest convenience.

Michael H. Page
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
tel: (415) 391-5400
fax: (415) 397-7188
www.kvn.com