# EXHIBIT D

Dockets.Justia.com

**Michael Page**

---

**From:** Roger Agajanian [rogeragajanian@gmail.com]
**Sent:** Friday, February 01, 2008 7:32 AM
**To:** Michael Page
**Subject:** Re: Mishak

Dear Michael;

I acknowledge the contents of thiese emails. I apologize but i have been in trial. I can contact you today. I have no objection to a 30 extension from today to Answer or otherwise plead. I also will contact you either today or Monday at the latetst.

Regards,
Roger

On Jan 31, 2008 4:11 PM, Michael Page <MPage@kvn.com> wrote:

> Mr. Agajanian:
>
> I have been trying to reach you repeatedly since we last spoke. At that time, you told me that you would be sending me an acknowledgement of service for Google the next day, and that you would discuss dismissing your suit with your client and get back to me.
>
> As I told you, I am also representing Lycos. At present, although you have not served my other clients (Google, Ask.com, and Earthlink), Lycos's responsive pleading is due in a little over two weeks. I would like to reach agreement with you that Lycos's response will be due on whatever date Google's is due. Otherwise, I will have to proceed with drafting and serving a motion for Rule 11 sanctions and a motion to dismiss: costs that if incurred we will look to you to pay.
>
> I would also appreciate your response to my previous communications. Please either call or email at your earliest convenience.
>
> Michael H. Page
> 710 Sansome Street
> San Francisco, CA 94111-1704
> tel: (415) 391-5400
> fax: (415) 397-7188
> www.kvn.com