# EXHIBIT E

Dockets.Justia.com

**Michael Page**

**From:** Michael Page
**Sent:** Friday, February 01, 2008 7:42 AM
**To:** 'rogeragajanian@gmail.com'
**Subject:** Re: Mishak

Thank you. Do you mean a 30 day extension for Lycos from its current due date? I was suggesting an agreement that all four companies' responses be due on the same day, but an extension on Lycos will allow us to work that out later if you prefer. I look forward to hearing from you, today if possible, as I will be travelling and in court Monday and Tuesday. I should be in my office from about 10:30 on today.

----- Original Message -----
From: Roger Agajanian <rogeragajanian@gmail.com>
To: Michael Page
Sent: Fri Feb 01 07:32:14 2008
Subject: Re: Mishak

Dear Michael;
I acknowledge the contents of thiese emails. I apologize but i have been in trial. I can contact you today. I have no objection to a 30 extension from today to Answer or otherwise plead. I also will contact you either today or Monday at the latetst.
Regards,
Roger

On Jan 31, 2008 4:11 PM, Michael Page <MPage@kvn.com> wrote:

Mr. Agajanian:

I have been trying to reach you repeatedly since we last spoke. At that time, you told me that you would be sending me an acknowledgement of service for Google the next day, and that you would discuss dismissing your suit with your client and get back to me.

As I told you, I am also representing Lycos. At present, although you have not served my other clients (Google, Ask.com <http://ask.com/> , and Earthlink), Lycos's responsive pleading is due in a little over two weeks. I would like to reach agreement with you that Lycos's response will be due on whatever date Google's is due. Otherwise, I will have to proceed with drafting and serving a motion for Rule 11 sanctions and a motion to dismiss: costs that if incurred we will look to you to pay.

I would also appreciate your response to my previous communications. Please either call or email at your earliest convenience.