# EXHIBIT G

Dockets.Justia.com

## Michael Page

**From:** Michael Page
**Sent:** Thursday, February 28, 2008 9:51 AM
**To:** 'rogeragajanian@gmail.com'
**Subject:** Your amended complaint

Mr. Agajanian:

We have received notice of your amended complaint, which you appear to have filed as nine separate documents, totalling nearly 50 megabytes. Could you please provide us with a usable copy of that document (i.e., scanned and pdf'ed as a single document, in black and white, of manageable size, or a paper version)?

On a more substantive note, we have reviewd portions of that complaint, and it appears that you have "fixed" only one of the myriad Rule 11 violations in the original: you now plead that your client went out of business in 2002, but continue to plead all manner of current activity inconsistent with that newfound assertion, along with all of the other problems we detailed in our draft Rule 11 motion served upon you two weeks ago. Those problems include, but are certainly not limited to, the fact that no one has ever used your client's purported trademarks as keywords, that your client has never communicated with Google in any manner, that your purported "tracking" evidence is actually a screenshot of a search on AltaVista (a competitor of Google's) from four years after your client now says he went out of business, and that your purported trademark is a copyright. Given your persistence in re-filing the same false statements after notice of their falshood, we expect the court will waste little time imposing sanctions and dismissing your first amended complaint. I again urge you to reconsider your position: your frivolous complaint is costing my clients and others significant legal fees, which we will ask the court to order you to reimburse.

That being said, if you wish to proceed, you will need to serve your complaint. I repeat, again, my offer to execute an acknowledgement of service for each of my clients (Google, Earthlink, Ask.com, and Lycos) if you will send me the complaint, summons, and acknowledgement form.

As you are aware, I have tried repeatedly to reach you over the past several weeks, both by phone and by email; you have not responded. I am, as always, happy to discuss this matter if you will do me the courtesy of returning my calls.

Michael H. Page
710 Sansome Street
San Francisco, CA 94111-1704
tel: (415) 391-5400
fax: (415) 397-7188
www.kvn.com