# EXHIBIT H

Dockets.Justia.com

**Michael Page**

---

**From:** Michael Page
**Sent:** Tuesday, March 04, 2008 9:23 AM
**To:** 'rogeragajanian@gmail.com'
**Subject:** Rule 11 motion

Mr. Agajanian;

I have been trying to reach you repeatedly over the past few weeks, without success. It is Google's intention to file its Rule 11 motion noticed for hearing on March 31. If that date does not work for you, please contact me immediately to discuss alternatives.

Michael H. Page
KEKER & VAN NEST
710 Sansome Street
San Francisco, CA 94111-1704
tel: (415) 391-5400
fax: (415) 397-7188
www.kvn.com