Mark Mishak v. Google, Inc. et al
Doc. 22 Att. 10


# EXHIBIT J

Dockets.Justia.com

Internet Archive Wayback Machine - Microsoft Internet Explorer

Address http://web.archive.org/web/*/http://ineedatv.com

INTERNET ARCHIVE WaybackMachine

Enter Web Address: http:// All Take Me Back Adv. Search Compare Archive Pages

Searched for http://ineedatv.com **101** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ.

**Search Results for Jan 01, 1996 - Aug 16, 2007**

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 2 pages | 10 pages | 13 pages | 19 pages | 21 pages | 18 pages | 9 pages | 5 pages | 0 pages |
| | | | Nov 28, 1999 * | May 10, 2000 * | Jan 06, 2001 * | Jan 21, 2002 * | Jan 24, 2003 * | Jan 01, 2004 | Jan 28, 2005 * | Feb 21, 2006 | |
| | | | Nov 29, 1999 | May 10, 2000 * | Jan 07, 2001 | Jan 27, 2002 * | Feb 04, 2003 * | Jan 07, 2004 | Feb 07, 2005 * | Mar 25, 2006 * | |
| | | | | Aug 15, 2000 * | Jan 10, 2001 | Mar 02, 2002 * | Feb 12, 2003 * | Feb 10, 2004 | Feb 09, 2005 | Jun 12, 2006 * | |
| | | | | Aug 17, 2000 * | Mar 03, 2001 * | Mar 28, 2002 * | Feb 14, 2003 | Apr 06, 2004 * | Feb 11, 2005 | Sep 05, 2006 | |
| | | | | Oct 16, 2000 * | Mar 08, 2001 * | Apr 20, 2002 * | Mar 20, 2003 * | Apr 11, 2004 | Feb 27, 2005 | Dec 06, 2006 | |
| | | | | Oct 18, 2000 * | Apr 01, 2001 * | May 27, 2002 * | Mar 26, 2003 * | May 20, 2004 | Mar 04, 2005 | | |
| | | | | Oct 26, 2000 * | Apr 02, 2001 * | May 29, 2002 | Apr 20, 2003 * | May 25, 2004 | Mar 20, 2005 | | |
| | | | | Nov 10, 2000 * | Apr 04, 2001 * | Jun 20, 2002 * | May 29, 2003 * | Jun 05, 2004 * | Aug 29, 2005 * | | |
| | | | | Nov 21, 2000 * | Jun 07, 2001 * | Jul 21, 2002 * | Jun 12, 2003 * | Jun 06, 2004 | Dec 03, 2005 | | |
| | | | | Dec 07, 2000 * | Jun 11, 2001 | Jul 22, 2002 * | Jun 24, 2003 * | Jul 30, 2004 * | | | |
| | | | | | Jun 27, 2001 * | Aug 04, 2002 * | Jul 18, 2003 * | Aug 29, 2004 * | | | |
| | | | | | Jul 22, 2001 * | Aug 05, 2002 | Jul 24, 2003 * | Aug 30, 2004 | | | |
| | | | | | Nov 28, 2001 * | Sep 22, 2002 * | Aug 08, 2003 | Sep 23, 2004 | | | |
| | | | | | | Sep 27, 2002 | Sep 08, 2003 * | Sep 25, 2004 | | | |
| | | | | | | Sep 29, 2002 * | Sep 24, 2003 | Oct 11, 2004 | | | |
| | | | | | | Nov 23, 2002 * | Oct 19, 2003 * | Nov 28, 2004 | | | |
| | | | | | | Nov 26, 2002 * | Oct 24, 2003 | Nov 30, 2004 | | | |
| | | | | | | Nov 30, 2002 * | Oct 31, 2003 | Dec 04, 2004 | | | |
| | | | | | | Dec 12, 2002 * | Nov 18, 2003 | | | | |
| | | | | | | | Nov 24, 2003 | | | | |
| | | | | | | | Nov 26, 2003 | | | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

"www.ineedatv.com/index.html" - Microsoft Internet Explorer

Address http://web.archive.org/web/20041204231718/http://www.ineedatv.com/index.html

Domain Names & More directNIC .com .net .org .us .tv .biz .info

**Directions**
[Electronics]
[Appliances]
[Contact Us]
[Shipping]
[About Us]
[Support]

**Wholesale**

Click here to receive wholesale information. Click [here] for great accessories, appliances, add-on's, and in home products. Click [Google] to search our site or search with [Google] to locate your item. Mail your zip code to us with your part number from [here] for the lowest delivered price.

# " I Need A TV "

**Electronics - Appliances - click [here]**




**Congratulations!**

**You found the original one, and only "I Need A TV " home site.**

**Pioneers of Internet Wholesale - direct to the public.**

**Click [here] for ordering instructions or send us your request for pricingan email.**

Privacy Statement: We safeguard your interest on all purchased and related information. Your personal information and email will never be sold of or given to any third party by " I Need A TV ".

[Payment Center]

**Language**
[Portuguese]
[German]
[Spanish]
[French]
[Italian]

**High Tech**
[Electronics]
[Computers]
[Small TV's]
[Appliance]
[Audio]
[DVD]

**Services**
[Translate]
[Cash Rate]
[Escrow]

New and refurbish items. Two sites and several locations to meet your needs. Distribution points are currently shipped from our North East, South East, and South West U.S.A. facilities.

Copyright ? 1998-2004 I Need A TV .com

Done Internet

start Inbox - Micr... DOCS Open Document5 ... "www.ineed... 9:39 AM

ineedatv.com - Microsoft Internet Explorer

Address http://web.archive.org/web/20050128194702/http://ineedatv.com/

ineedatv.com

If you are interested in purchasing this domain, please contact the owner.

search the web: [ ] Search

- I Need At V
- I Need Love
- Know About
- First Need
- You Need
- Need Cash
- Need Them
- Need To Do
- Need Money
- Need You
- I Need Someone
- Pets Need
- Seeds
- Palm
- Import Export
- I Need A Job
- Rubber
- Coconut
- Around The World
- Olive
- Wheat
- Rice
- I Need You
- Specialty
- I Need Money
- Need Help
- Everything You
- Will Need
- You I
- Need Advice
- Need Information
- If You Need
- All I Need
- Doesn't Matter
- Information Need
- Web Site

Done — Internet — 9:40 AM


Under Construction - Microsoft Internet Explorer
Back
Search
Favorites
Links
CBS.SportsLine.com
Google Maps
WayBack
IMDb
File Edit View Favorites Tools Help
Address http://ineedatv.com/
Go
Google
Go
Bookmarks
PageRank
22 blocked
Check
AutoLink
AutoFill
Send to
Settings
Under Construction
We recently registered our domain name with:
direct NIC
.Com.Net.Org
Domain Names:
$15!
direct NIC
Search
Enter a keyword in the space to the left, choose the search method and click the search button!
Basic: Advanced: WHOIS:
Done
Internet