Mark Mishak v. Google, Inc. et al Doc. 22 Att. 12


# EXHIBIT L

Dockets.Justia.com

**ROGER AGAJANIAN ESQ. #55393**
***The Waterfront Building***
**2901 West Pacific Coast Highway Suite 200**
**Newport Beach, California 92663**
**Tel: 949-258-4347**
**Fax: 949-258-4389**
**Cell: 714-936-9158**
**Email: rogeragajanian@gmail.com**
**Attorney for Plaintiff, MARKMISHAK dba INEEDATV.COM**

**UNITED SATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION**

| | |
|---|---|
| **MARK MISHAK, dba INEEDATV.COM,**<br>**Plaintiff,**<br>**-V-**<br>**GOOGLE, INC., AMERICA ONLINE INC. NETSCAPE INC., MICROSOFT NETWORK INC, ASK JEEVES INC., EXCITE INC., YAHOO INC. WEBCRAWLER INC., LYCOS INC., HOTBOT INC., ALTAVISTA INC., CRAIGSLIST INC., RESPOND INC., INFOSEEK INC., PLANET-SEARCH INC., COMFIND INC., LIQUIDPRICE INC., EARTHLINK INC. Does 1-100**<br>**Defendants,** | **Case # CV 07-8258 CAS (JCRx)**<br>**1st AMENDED COMPLAINT FOR DAMAGES**<br>**1. *Lanham Act*-Trademark Infringement**<br>**2. *Lanham Act*-False Representation**<br>**3. *Lanham Act*-Dilution**<br>**4. Injury to Business Reputation**<br>**5. Trademark Infringement & Unfair Competition**<br>**6. Tortious Interference with Prospective Business Advantage**<br>**7. Preliminary & Permanent Injunction** |

**PLAINITIFF ALLEGES AS FOLLOWS:**

Plaintiff, Mark Mishak, d/b/a INDEEDATV.com ("Mishak"), by and through its counsel, Roger James Agajanian, Esq, for its Complaint against Google, Inc. ("Google"), American Online, Inc. ("AOL"), Netscape Communication Inc. (Netscape), Ask Jeeves, Inc. (Ask Jeeves), Excite Inc. (Excite), Webcrawler Inc. (Webcrawler), Yahoo Inc. (Yahoo), Lycos Inc. (Lycos), Hotbot Inc. (Hotbot), AltaVista Inc. (Altavista), Craig's List Inc. (CraigsList), Respond Inc. (Respond), Infoseek Inc. (Infoseek), Planet Search Inc. (Planet Search), Pro Net Inc. (Pro Net), Comfind Inc. (Comfind), Liquid Price (Liquid Price), and EarthLink, Inc. (EarthLink) (hereinafter collectively the Defendants), states as follows:

//

//

**Nature of the Case**

The Defendants operate for their own profit various Internet "Search Engines", which are used by consumers to search the World Wide Web for, among other things, products and services, more specifically:

1. When a person searches for a particular topic in a search engine, that search engine compiles a list of sites matching or relates to the user's search terms, and the posts the lists of sites, known as search results.

2. All Defendants listed above sell advertising space on the each result pages know as Banner Ads. These advertisements are commonly found on the top of the computer screen. These ads are often animated and whimsical. They are designed to entice the user to "click here". If the user does "click here", the user is transported to the website of the advertiser.

3. As with all advertising media, advertisers desire to target consumers matching a certain demographic profile.

4. Savvy website operators accommodate the advertisers by "keying" ads to match certain search terms entered by users. Defendants and each of them target these "key search terms" at a premium.

5. Plaintiff has a copyright. (Exhibit 1). Trademark.

6. Plaintiff contends that in utter disregard to Miskak's intellectual rights, Defendant have sold "Keywords" identical to certain of Mishak's trademarks to various third parties and have deliberately manipulates Defendant's search engine "results" so that, when consumers use these search engines to find Mishak's products and services, the consumers are unwittingly diverted to competitors' products and services. By this unfair and deceitful conduct, Defendants' have infringed and diluted, and continue to infringe and dilute, Mishak's

Case 2:07-cv-08258-CAS-JCR Document 11 Filed 02/27/2008 Page 3 of 5

registered and unregistered service marks and trademarks.

**Parties**

7. Mark Mishak is an individual who was, until forced to close down his business due to interference alleged infra, doing business as ineedatv.com.

8. Upon information and belief, Google is a Delaware corporation with a principal place of business in Mountain View, California. Upon information and belief, Google advertises, solicits clients, and conducts sales and purchases in the state of California and elsewhere.

9. Upon information and belief, AOL, is a Delaware corporation with its principal place of business in Dulles, Virginia. Upon information and belief, AOL maintains an office at 54 West 18th Street, New York. In addition, AOL advertises, solicits clients, and conducts sales and purchases in the State of California and elsewhere.

10. Upon information and belief, Netscape is a Delaware corporation with its principal place of business in Mountain View, California. Netscape advertises, solicits clients, and conducts sales and purchases in the State of New York, California and elsewhere.

11. Upon information and belief, Ask Jeeves is a Delaware corporations with its principal place of business in Emeryville, California. Upon information and belief, Ask Jeeves maintains an office at 50 West 17th Street, New York, New York. In addition, Ask Jeeves advertises, solicits clients, and conducts sales and purchases in the State of California and elsewhere.

12. Upon information and belief, Excite is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the State of California and elsewhere.

13. Upon information and belief, Webcrawler is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the state of California and elsewhere.

14. Upon information and belief, Yahoo is a Delaware corporation and advertises, solicits clients and conducts sales and purchases in the State of California and elsewhere.

15. Upon information and belief, Lycos is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

16. Upon information and belief, Altavista is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

17. Upon information and belief, Craig's List is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

18. Upon information and belief, Respond is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

19. Upon information and belief, Infoseek is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

20. Upon information and belief, Planet Search is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

21. Upon information and belief, Pronet is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

22. Upon information and belief, Comfind is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

23. Upon information and belief, Liquid Price is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

24. Upon information and belief, Earthlink is a Delaware corporation and advertises, solicits clients, and conducts sales and purchases in the States of California and elsewhere.

**Jurisdiction & Venue**

25. This is an action arising under the *Lanham Act, 15 U.S.C. 1114 (1) (a), 1125 (a)*, and *1125* (c). This court has federal question jurisdiction over these claims pursuant to 15 U.S.C. 1121, and *28 U.S.C. 1331, 1338 (a)* and *1338 (b)*.

26. The court has subject matter jurisdiction over the stat law claims pursuant to *28 U.S.C. 1367 (a)*.

27. Defendants are subject to the personal jurisdiction of this Court because, among other things, a substantial part of the events giving rise to this litigation occurred in the State of California.

28. In addition, Defendants are subject to the personal jurisdiction of this Court because among other things, upon information and belief each of the Defendant's is subject to California's *Long-arm Statute*.

29. In addition, Defendants are subject to the personal jurisdiction of this court because, among other things, upon information and belief each of the Defendant's have transacted and presently is transacting business in the States of California and elsewhere by: (a) providing Internet users in California access to its search engines; (b) providing Internet users in California advertising on its website; (c) contracting with, or attempting to contract with, California residents for the sale of goods or services, including the sale of advertising space on its internet website; (d) selling or attempting to sell goods to residents of the State of California; (e) maintaining an office in the State of California; and/or (f) committing tortuous acts in the State of California.

**Plaintiff's Trademarks**

30. MISHAK d.b.a. INEEDATV.COM is a direct-to-consumer retailer of custom order television, appliances, and personal property in the United States and on the Internet. MISHAK, in conjunction with it's predecessor companies, has been in the home commercial, and personal appliance business for over 5 years until being forced to close its doors in 2002 due to the

conduct and interference infra by Defendants and each of them as alleged herein. In spite of such closing, MISHAK continues to sell and promote its products and related services across the Unites States through a website and toll-free telephone numbers. Including herein as Exhibit 2 is a INEEDAT.COM tracking for just one week form 1-8-06 to 1-14-06. (Exhibit 2).

31. Since at least as early as 1997 and continuing through 2002 as INEEDATV.COM, and currently as Mark Mishak; and long prior to the acts of the Defendant's complained of herein, MISHAK adopted and used, and has continued to use, the names and marks of INEEDAT.COM (hereinafter collectively identified as "INEEDATV.COM") in connection with its television, stereo, appliances, and other personal property products and relates services, which have been offered for sale and sold in interstate commerce in the United States, including the State of California. Since the adoption and first use of the MISHAK name and mark as aforesaid, MISHAK has continuously used said mark by predominately displaying it on the packaging and advertising for MISHAK's products, which have been advertised, promoted, offered for sale and sold in interstate commerce in the United States, including the State of California.

32. In addition to MISHAK name and mark, MISAHK is the owner of and has the exclusive rights to use the following trademarks registered with the United States Patent and Trademark Office: (Exhibit 1-Trademark Registration)

33. The name of mark MISHAK comprises a distinctive part of MISHAK's corporate title and trade name, which trade name has been prominently displayed by MISKHAK upon its home decorating products and relates services sold under MISHAK marks.

34. Since long prior to the acts of the Defendant's complained herein, MISHAK's Home decorating products and related services sold under the name MISHAK marks have been extensively advertised, promoted and sold by MISHAK in interstate commerce throughout the United States, including the State of California. MISHAK, each year, expends hundreds of dollars in connection with the advertisement and promotion of its products and services under the MISHAK marks.

35. The dollar amount of sales in the United States of MISHAK's televisions, commercial and home appliances products and related services under the MISHAK marks offered for sale and sold under the MISHAK marks since the original adoption and use are well in excess of many thousands with reasonable growth projections in the hundreds of thousands of dollars.

36. Plaintiff has been careful, skillful and meticulous in the conduct of their television, home and commercial appliances and relates services under the MISHAK Marks. Including herein as Exhibit 3 is a copy of Plaintiff's Home Page. (Exhibit 3-Home Page)

37. As a consequence, and as a result of the substantial sales and extensive advertising and promotion of MISHAKS's said products and relates services supra, sold, under the MISHAK Marks have acquired a fine reputation, and are famous among prospective purchasers of said goods and services. The public has used and now uses the MISHAK marks to identify MISHAK, INEEDATV.COM and its products to distinguish MISHAK and its products and services from competitors; and relates services offered by others, and the MISHAK marks have acquired an outstanding tracking (Exhibit 1) as a source of products and relates services, and symbolizes and embodies the goodwill rightfully belonging exclusively to MISHAK.

**The Internet and The World Wide Web**

38. The Internet is a global network of millions of interconnected computers. The World Wide Web is a portion of the Internet especially suited to displaying images and sound, in to text. Much of the information on the world wide web is stored in the form of "WebPages", which can be accessed through a computer connected to the Internet (available through commercial Internet services Providers or "ISP"), and viewed using a computer program called a "browser", such as Microsoft Internet Explorer or Netscape Navigator. Websites are locations on the World Wide Web containing a collection of WebPages. A WebPages is identified by its own unique Uniform Resource Locator (URL) (e.g. "http://www.ineedatv.com), which ordinarily incorporates its site's "domain name" (e.g. "Mishak").

39. Internet use in the United States has grown substantially in the last few years. Upon information and belief, more than half of the nation is now online.

40. Among internet users in the United States, it is estimates that thirty-nine percent (39%) currently use the Internet to make online purchases.

41. As a result, it is estimated that, today, annual Internet sales exceed $92 billion.

**The Business of Plaintiff, Mishak**

42. MISHAK spends hundreds of dollars and thousands of hours each year advertising the MISHAK Marks, including advertising online.

43. Today, MISHAK had many customers nationwide and generates annual revenues according to proof at trial but within this Court's jurisdiction.

44. Since 1997, MISHAK, until forced to close in 2002 due to the actions of Defendants and each of them, has continuously operated a distinctive Internet website located, among other places , at www.ineedatv.com, through which the company sells televisions appliances, and other personal appliances, and relates services. It continues to this day as Exhibit 2 reflects.

45. Today, MISHAK owns many Internet domain names…Accordingly, if a consumers using the Internet web browser types in any of the company's Uniform Resource Locators (URLSs)-for example, if a consumers types www.ineedatv.com in his or her web browser address bar-the consumer is directed to MISHAK's web servers where he or she can view, browse and purchase the company's products and services.

46. A significant and critical amount of MISHAK's business is conducted via the Internet. The company estimates that, each day, it receives in excess of thirty thousand (30,000) hits or visits by customers or potential customers to its Internet websites and processes hundreds of Internet transactions every year.

//

47. MISHAK has spent thousands of dollars in developing its website, and thousands per year in maintaining and enhancing, and updating its website. In addition, all of whom are rigorously trained and supervised.

**The Business of Defendants-Search Engines**

48. Internet customers who are searching for a specific company product or information, but who are searching for a specific company product or information, but who do not know the exact domain name or website address at which it may be found, may use "keywords" and/or "search engines" to locate websites which match the keywords sought by the customer. Keywords are the textual terms that a consumer enters to locate the desired website or domain name. A search engine, such as Google, checks the keywords against its databases and produces a search results page, which lists the websites in order of decreasing relevance with the most relevant website listed first, that match the customer's keyword search.

49. Defendants Internet search engines, which are most free to consumers, is the most widely-used internet search engine in the world. It answers hundreds of millions of user searches and cover in excess of a billion web pages daily.

50. Defendants also sell a number of products and services to individuals, business, and educational and governmental entities. Once of the programs offered to its business customers is a keyword-triggered advertising program entitled "AdWords."

51. Defendants "AdWords" programs enable advertisers to purchase or bid on keywords that generate an adverting link (Known as a "Sponsored Link") to the purchaser's website. For example, MISHAK may bid on the keyword "television" through Google's "AdWords" program so that MISHAK's website will be the first or among the first listed "Sponsored Link" when a customer searches for the keyword "television" to find websites that sell televisions. Google posts the "Sponsored Links" on the top of and at the margins of its search engine results page bases on whichever keywords appear in user queries posted to Google's Internet search engine.

Advertising customers then pay Defendants based on the number of Internet users who click or "hit" on these advertising links.

52. Defendants advertisers select the keywords that will trigger their advertisements, but Defendants profit every time an Internet user clicks on a "Sponsored Link" for one of Defendant's advertisers.

**Defendant's Acts**

53. Google and the other listed defendants have sold many keywords comprised, in whole or in part, of the MISHAK marks, to competitors of MISHAK.

54. After repeated requests, Google and the other listed defendants have not agreed to stop selling certain of the MISHAK Marks as keywords to MISHAK's competitors. Google et. At. Refuses, however, to cease selling other keywords comprised, in whole or in part, of the MISHAK marks that, for whatever reason, Google et. al. unilaterally has deemed less worthy of recognition and protection. Specifically, Google et al. continue to sell, over MISHAK's objections, certain combinations of words within the MISHAK marks to MISHAK's competitors. Consequently, Google permits the purchase of MISHAK marks to trigger these competitor's links to appear in Google's and other listed defendants' search results when a consumer types in one of the MISHAK marks.

55. For example, Google and the other listed defendants continue to sell to MISHAK's competitors the keywords……Accordingly, if a consumer using Google's et. al.'s search engine types"….."in the search window, competitors who have purchased "….." or even just "…." Can still appear at the top or in the margins of the results page. Similarly, it is possible for a consumer who types "…." Or"….." in the Google search window to be directed to a "results" web page that displays MISHAK's competitors' products and services at the top or in the margins.

56. In each of these examples, by the operation and design of Google's and the other listed defendants' search engines, consumers who specifically intend and desire to find MISHAK's products and services are instead diverted to search "results" web pages that list MISHAKS's

competitor's products and services. This result is intended, both by Google et. al. and its customers who purchase keywords consisting of the MISHAK Marks. Google sells, and it's customers hope to purchase, the possibility that they will intercept consumers who, due to MISHAKS's extensive and pervasive advertising resulting in invaluable goodwill, are trying to find that nation's largest and most respected and trusted direct- to-consumer retailer of televisions, and personal appliances in the United States.

57. Once intercepted, consumers may click on MISHAK's competitors' links and thus be directed to the competitors' websites. Once there, the consumer, have been distracted, may not ever return to MISHAK's website. Even if the consumer apprentices the diversion, he or she will have to spend time and energy to backtrack or otherwise find MISHAK.

58. Through this practice, Google et. al. traffic in the infringement and dilution of MISHAK marks. Google et. al. have knowingly sold the MISHAK marks and included them in Google's search engine for Google et. al.'s own profit and to increase the competitive advantage of MISHAK's competitors. This practice began after the MISHAK marks were registered and/or became famous and distinctive.

**The Business of The Other Defendants**

59. AOL, Ask Jeeves, Earthlink, and Netscape et.al. (hereinafter collectively referred to as the "Non-Google Defendants") each operates a website that includes a search engine for locating websites and information on the internet.

60. On information and belief, the Non-Google Defendants pay Google in exchange for Google providing to its web searching platform. By utilizing the Google web searching platform, the Non-Google Defendants display virtually the same results of search queries as those displayed by Google. On information and belief, each of the non-Google defendants also profit every time an internet user clicks on any of the links provided by those search engine results.

//

**The Use of Meta Tags**

61. Mega Tags are keywords embedded into the codes of a web page are read by search engines in order to identify the searchers of those pages on the internet that are relevant to that search.

62. Upon the request by a searcher for a specific keyword, the search engine will spew out a list of sites prioritized by, among other things, whether or not the keyword types by the searcher appears in a site's meta tags.

63. However, when one of those key words is a trademark owned by a competitor, and action for the trademark infringement will lie for either dilution or infringement.

64. This is what the defendants and each of them has done to the Plaintiff. They have piggy backed off the hard work and good will of a very small but successful entrepreneur MISHAK, drawing customers away from their intended target.

65. This is not unlike competitor standing out in front of a business establishment during a sale and diverting those customers away to the competitors' location.

The online/cyberspace conduct is the same.

**Harm To Plaintiff**

66. MISHAK has not given the Defendant permission or a licensure to utilize the MISHAK marks for the promotion or sale of its competitor's products.

67. Defendants and certain MISHAK's competitors seek to exploit the hard-earned popularity and success of MISHAK and the products and services sold by MISHAK, under the famous MISHAK marks. In an attempt to illegally capitalize on the MISHAK marks, Defendants have permitted certain of MISHAK's competitors to bid on advertising so their websites are listed in a position above or next to MISHAK's link when a consumer types a search query identical or substantially similar to the MISHAK marks.

68. For example, a consumer can run a search on Google's search engine for "....." on of MISHAK's registered marks with the obvious intent of locating and visiting MISHAK's website. Nonetheless, the first link shown on the Google search results page may be for one of

MISHAK's competitors, such as…Similarly, if a consumer types "…." In the Google search bar, they may be directed to a "results" page in which the first two companies listed at the top are direct competitors-…..as are at leas six of the eight companies…listed along the margin. Search Google for "ineedatv.com" –a domain name owned by and registered to MISHAK-and the consumers are directed to search results that list…"And" at the top of the page. If the consumer clicks on any of these competing websites, Google will be entitled to a fee from these competitors. In addition, these competitors will have obtained a customer, or potential customer, solely as a result of the goodwill and reputation associated with MISHAK and its products and services.

69. A similar, though different and possibly more confusing, search result occurs when a consumer uses one of the Non-Google Defendant's websites to conduct a Google Powered or enhanced search (i.e., where Google provides its underlying search engines). For example, a consumer who conducts a search for MISHAK from Netscape's website is confronted misleadingly with a host of competitor's advertisement. Some competitor's are called Sponsored Links, while others are given priority treatment with graphics at the very top of the search results page. Again, this diversion and confusion is the intended result. Allowing MISHAK's competitors' to intercept consumers looking for MISHAK.

70. The Defendant's search engines are designed and intended to divert and lure consumers from the websites that they intend to visit -e.g. the MISHAK websites-to other websites owned by competing advertisers such as…By design, the Defendants profit when consumers click on competitors' links and visit an advertiser's site. None of this revenue, however, is paid to the own of the trademark for whom the consumer was searching. Thus, Defendants and their advertisers are free-riding on the goodwill and reputation of trademark owners such as MISHAK.

71. Defendant's search engines are inherently deceptive and mislead consumers into believing falsely that the website links to which they are directed via manipulating search "results" links

are sponsored or authorized by and/or originating with the trademark owner for which the user was searching.

72. The manipulated search results engineered by the Defendants fail to inform the consumers that the companies listed herein may have no relationship with-and, indeed, may directly compete with-the trademark owner for which the user was searching.

73. The manipulated search engine results, which are in fact advertisements sold by the Defendants based on a search utilizing the MISHAK marks, dilute the ability of the MISHAK marks to identify MISHAK as a source of its goods and services.

74. In some cases, the competitor companies listed at the top or in the margins of these manipulating search engine results are nebulously identified as sponsored links. This designation is as, if not more, confusing to consumers because the defendants do not indicate by whom these links supposedly are sponsored. Consumers may believe falsely that MISHAK or other mark holders sponsor or otherwise are affiliated with these links.

75. Moreover, the sponsored links are deliberately designed to be virtually indistinguishable from the legitimate mark holders website links. The actual links to the sponsored links are not a different color, nor are they a different typeface or font size. No meaningful effort is made to conspicuously separate the truth from the paid advertisements. Specifically, the defendants could, but do not, advertise the consumer that the so-called sponsored links are in fact paid advertisements that are neither sponsored by, or affiliated with the trademark owner for which the user was searching.

76. MISHAK's current customers have been and will likely continue to be confused about the origin and sponsorship of the companies other than MISHAK listed by the Defendants in their deceptive search engine results.

77. Confusing regarding the companies identified under the Defendant's sear engine results implies an affiliation with MISHAK that has damages and will continue to damage Plaintiff's reputation and customer relationships.

78. Upon information and belief, Defendants causes these advertisements to appear under on the search results pages with the intent to infringe and cause advertisers to infringe on MISHAK's marks. Alternatively, Defendant's acted in reckless disregard for MISHAK's Marks.

79. In short term, Defendant's actions steal customers from MISHAK's website, divert consumers to inferior products and services, erode the distinctiveness of MISHAK's marks, and impair MISHAK's honest and good faith efforts to promote and well its products and services on the internet.

80. Defendant's actions have caused damages and irreparable injury to MISHAK. Further damages and irreparable injury will result if Defendants are allowed to continue violate MISHAK's rights.

81. These deliberate acts constitute trademark infringement and unfair competition under the *Lanham Act, 15 U.S.C. 1114 (1) (a),* dilution of MISHAK's famous marks in violation of the common law and the law of the State of New York, and tortuous interferences with prospective economic advantage in violation with the laws of the State of California.

82. Defendants repeatedly have ignored MISHAK's demands to cease all unauthorized use of the MISHAK Marks and/or words confusingly similar thereto in their keyword Internet Advertising.

83. Defendants' repeated failure to comply with MISHAK's demands manifests their intent to continue to wrongfully compete with, infringe upon and dilute MISHAK's proprietary rights in the MISHAK Marks. MISHAK seeks an injunction to halt Defendant's wrongful conduct and award damages as well as attorneys' fees and expenses for Defendants' willful and wanton conduct.

**FIRST CAUSE OF ACTION**

***Lanham Act*-Trademark Infringement**

84. MISHAK incorporates herein by reference each and every allegation contained in paragraphs 1 through 83 with the same forces and efforts as if here fully set forth.

//

85. Defendant's unauthorized and willful use of copies, variations, reproductions, simulations or colorable imitations of MISHAK's registered marks among the MISHAK marks in connection with the advertising, offering for sale and sale of Defendant's keyword advertising services constitutes use in commerce which infringes MISHAK's exclusive rights in its federally-registered marks and is likely to cause confusion, mistake, or deception as to the source of the services advertised by Defendants.

86. The aforesaid acts of Defendants, namely, the unauthorized and willful use of copies, variations, reproductions, simulations, or colorable imitations of MISHAK's registered marks in connection with the sale of keyword advertising, constitutes trademark infringement in violation of *Section 32 (1)* of the *Lanham Act, 15 U.S.C. 1114 (1):*

87. The aforesaid acts of Defendants have caused and, unless said acts are restrained by this Court, will continue to cause MISHAK to suffer irreparable injury.

88. MISHAK has no adequate remedy at law.

## SECOND CAUSE OF ACTION

### *Lanham Act*-False Representation

89. MISHAK incorporated herein by reference each and every allegation contained in paragraphs 1 through 88 with the same force and effects as if here fully set forth.

90. Use by Defendants of copies, variations, reproductions, simulations or colorable imitations of MISHAK Marks on and in connection with keyword advertising conveys the misleading commercial impression to the public that the advertisers other than MISHAK listed in the Defendants manipulated search results pages, or their products, are approved by, sponsored by or are somehow affiliated or connected with MISHAK.

91. The aforesaid acts of Defendants, namely, the use of copies, variations, reproductions, simulations or colorable imitations of the MISHAK marks on and in connection with keyword advertising, constitutes a false designation of origin and false description and representation, in violation of *Section 43 (a) of the Lanham Act, 15 U.S.C. 1125 (a).*

Case 2:07-cv-08258-CAS-JCR Document 14 Filed 02/27/2008 Page 2 of 5

92. The aforesaid acts of Defendants have caused and, unless said acts are restrained by this court, will continue to cause MISHAK to suffer irreparable injury.

93. MISHAK has no adequate remedy at law.

## THIRD CAUSE OF ACTION

### *Lanham Act*-Dilution

94. MISHAK incorporates herein by reference each and every allegation contained in paragraphs 1 through 93 with the same force and effect as if here fully set forth.

95. Use by Defendants of copies, variations, reproductions, simulations or colorable imitations of MISHAK's registered marks among the MISHAK marks in connection with the advertising, offering for sale and sale of Defendant's keyword advertising services has and will continue to lessen the capacity of MISHAK's famous and distinctive MISHAK's marks to distinguish MISHAK's products and services from those of others, and has diluted the distinctive quality of MISHAK's famous and distinctive MISHAK's marks.

96. The aforesaid acts of Defendants constitute dilution in violation of *Section 43 (c) of the Lenham Act, 15 U.S.C. 1125 (c).*

97. The aforesaid acts of Defendants have caused and, unless acts are restrained by this Court, will continue to cause MISHAK to suffer irreparable injury.

98. MISHAK has not adequate remedy at law.

## FOURTH CAUSE OF ACTION

### Injury to Business Reputation and Dilution-GBL 360-1

99. MISHAK incorporates herein by reference each and every allegation contained in paragraphs 1 through 105 with the same force and effect as if here full set forth.

100. The unauthorized use Defendants of copies, variations, reproductions, simulations or colorable imitations of MISHAK's registered marks among the MISHAK Marks in connection with the advertising, offering of sale and sale of Defendant's keyword advertising services will

dilute or tarnish MISHAK's business reputation and/or the effectiveness of the well known, famous and distinguished MISHAK marks.

101. The aforesaid acts of Defendants constitute dilution and injury to MISHAK's business and reputation in violation of *New York General Business Law 360-1*

102. The aforesaid acts of Defendants have caused and, unless said acts are restrained by this courts, will continue to cause MISHAK to suffer irreparable injury.

103. MISHAK has no adequate remedy at law.

**FIFTH CAUSE OF ACTION**

**Common Law-Trademark Infringement and Unfair Competition**

104. MISHAK incorporates herein by reference each and every allegation contained in paragraphs 1 through 103 with the same force and effect as if here full set forth.

105. The aforesaid acts of Defendants constitute trademark infringement and unfair competition in violation of MISHAK's rights under the common law of the State of California.

106. The aforesaid acts of Defendants have caused and, unless said acts are restrained by this courts, will continue to cause MISHAK to suffer irreparable injury.

107. MISHAK has no adequate remedy at law.

**SIXTH CAUSE OF ACTION**

**Tortious Interference With Prospective Economic Advantage**

108. MISHAK incorporates herein by reference each any every allegation contained in paragraphs 1 through 107 with the same force and effect as if here fully set forth.

109. Many of the Plaintiff's customers regularly purchase products from MISHAK's website, and are repeat customers. It is probably that such customers and others will continue to seek to visit MISHAK's website and purchase Plaintiff's goods and services in the future.

110. Upon information and belief, Defendants were aware of the existence of Plaintiff's reasonable expectation of future transactions with Plaintiff's returning customers, as well as

customers who may be attracted to Plaintiff's goods and services as a result of Plaintiff's goodwill and extensive advertising and promotion.

111. Absent Defendant' intentional and improper interference through their deceptive and manipulates search engine results, it is reasonably certain that Plaintiff would realize additional sales from existing customers and/or new customers.

112. Defendants have intentionally and improperly interfered with Plaintiff's future and prospective sales through the Defendant's conduct; namely their deceptive and manipulated search engine results that divert consumers from Plaintiff's websites.

113. The aforesaid acts of Defendants have caused and unless said acts are restrained by this Courts, will continue to cause MISHAK to suffer irreparable injury.

114. MISHAK has no adequate remedy at law.

**SEVENTH CAUSE OF ACTION**

**Preliminary & Permanent Injunction Relief**

115. MISHAK incorporates herein by reference each every allegation contained in paragraphs 1 through 114 wit the same force and effect as if here fully set forth.

116. Many of the Plainiff's customers regularly purchase products from MISHAK's website, and are repeat customers. It is probably that such customers and others will continue to seek to visit MISHAK's website and purchase Plaintiff's goods and services in the future.

117. Upon information and belief, Defendants were aware of the existence of Plaintiff's reasonable expectation of future transactions with Plaintiff's returning customers, as well as customers who may be attracted to Plaintiff's goods and services as a result of Plaintiff's goodwill and extensive advertising promotion.

118. Absent Defendant's intentional and improper interference through their deceptive and manipulated search engine results, it is reasonably certain that Plaintiff would realize additional sales from existing customers and/or new customers.

//

119. Defendants have intentionally or negligently and improperly interfered with Plaintiff's future and prospective sales through the Defendant's conduct; namely, their deceptive and manipulated search engine results that divert consumers from Plaintiff's websites.

120. The aforesaid acts of Defendants have caused and, unless said acts are restrained by this Courts, via a preliminary injunction and Permanent Injunction will continue to cause MISHAK to suffer irreparable injury.

121. MISHAK has no adequate remedy at law. Damages at law are inadequate. Plaintiff seeks equitable relief from this Court.

**Prayer for Relief**

WHEREFORE, as to all counts of this Complaint, Defendants will continue its unlawful activities unless enjoined and Plaintiff's remedy at law is inadequate; and wherefore, as to all counts of this Complaint, Plaintiff requests;

(A) A preliminary and permanent injunction prohibiting Defendants and their officers, partners, agents, subcontractors, servants, employees, subsidiaries, and related companies or entities, all others acting in concert or participating with them from:

1. Directly or indirectly selling or offering for sale advertising keywords that are identical or substantially similar to the MISHAK marks, which are likely to cause consumer confusion, mistake, or deception with respect to the MISHAK marks;

2. Continuing to post listing for MISHAK's competitors when internet users run a search on Defendant's search engines using keywords that are identical or substantially similar to the MISHAK marks;

3. Requiring Defendants to immediately contact all current advertisers who have purchased keywords identical or substantially similar to the MISHAK Marks and/or terms confusingly similar thereto, to inform them that the advertisers' links will no longer appear when an internet user runs a search for a term that is identical or substantially similar to the MISHAK

marks;

4. Making any use of the MISHAK marks and/or terms confusingly similar thereto;

5. Making any designations of origin, description, representations or suggestions that MISHAK is the source, sponsor or in any way affiliated with its competitors, their products or their websites; and

6. Engaging in any other act constituting unfair competition or deceptive practices with MISHAK or constituting an infringement or MISHAK's rights in and to the MISHAK marks.

(B) As to all Causes of Action contained in 1-6 inclusive; That Defendants be required to reimburse MISHAK for all actual damages and lost sales suffered by MISHAK by reason of Defendant's illegal conduct, as well as any profits of Defendant that are attributable to Defendants' illegal conduct, as well as any profits of Defendants that are attributable to Defendant's unfair competition, dilution and infringement not taken into account in computing the actual damages; and

(C) That punitive damages be awarded as authorized under the law;

(D) The Defendant's be required to pay all of MISHAK's attorney's fees, expenses and costs associated with this action pursuant to the *Lanham Act, 15 U.S.C. 1117*; and

(E) That this Court grants such other and further relief as this Court may deem just and equitable.

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff hereby demands a jury trial on all claims and on all issues tried by a jury.

Dated: February 25, 2008

Respectively Submitted,

Dr. Roger James Agajanian, JD Attorney for Plaintiff, Mark Mishak

Case 2:07-cv-08258-CAS-JCR Document 15 Filed 02/27/2008

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

TX 5-876-831

EFFECTIVE DATE OF REGISTRATION

MAY 22, 2003

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

I NEED ATV

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼ NOT CONTRIBUTED TO ANYONE BUT MYSELF

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼ MARK F. MESHAK

DATES OF BIRTH AND DEATH Year Born ▼ 1959 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ UNITED STATES OF AMERICA; Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ TEXT AND SOME ART WORK

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶; Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶; Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ HTML WEB PAGES

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 6-98 ◀ Year. This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK. Complete this information ONLY if this work has been published. Month ▶ 6 Day ▶ 20 Year ▶ 1998 — UNITED STATES OF AMERICA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MARK F MESHAK
466 N. ORANGE ST. #251
REDLANDS CALIFORNIA, USA 92374

See instructions before completing this space.

APPLICATION RECEIVED NOV 28 2003 / MAY 22, 2003

ONE DEPOSIT RECEIVED MAY 22, 2003

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE

EX. 1

**This Weeks Search Results and Tracking Form For**
**I Need A TV**

**Week of:** 01-08-06 (SUN) **to** 01-14-06 (SAT)

EX. 7

altavista Web Images MP3/Audio Video News Family Filter: off Help

I Need A TV

Advanced Search
Settings

**SEARCH:** Worldwide USA **RESULTS IN:** All languages English, Spanish

Sponsored Matches Become a sponsor

TVs at CircuitCity.com

All TVs $499 and up on sale. Save up to $400 instantly! Free shipping on orders $25 and up, or buy it online and pick it up at any Circuit City store.
www.circuitcity.com

New Season of American Idol on FOX

Don't miss the season premiere of America's #1 show, American Idol. Airs January 17th and 18th at 8/7c on FOX. Hot new community features online - video, personal blogs, profiles and chat.

Sponsored Matches

TV's - Compare Prices at NexTag.com

Found 2,678 matches for TV's at NexTag.com, the search e...
www.nextag.com

Tv - Cheaper Prices

Before you buy, compare prices at Calibex. We have a com...
www.calibex.com

TV Deals

Handpicked TV deals at bradsdeals.com - over 1500 free d...
www.bradsdeals.com

Tattoo TV: Miami Ink on TLC

Who said great stories have to be written on paper? The ...
tlc.discovery.com

TVs: Compare Prices

Find Bargains on TVs and other Plasma, Widescreen, HDTV,...
www.bizrate.com

altavista Web Images MP3/Audio Video News Family Filter: off Help

I Need A TV domain:avsforum.com [redacted] Advanced Search Settings

SEARCH: Worldwide USA RESULTS IN: All languages English, Spanish

AltaVista found 99,700 results

AVS Forums Archives - **Need a TV** with 2 DVI inputs

... **Need a TV** with 2 DVI inputs ... equipment. I am currently researching **a TV**, and due to ... rear projection HDTV ready **TV**. I am a current DirecTV ...
archive.avsforum.com/avs-vb/history/topic/374343-1.html

✓ 9 See Alta Vista marked ☆

AVS Forum - Does MCE **need a TV** tuner card to run?

AVS Forum (http://www.**avsforum.com**/avs-vb/index.php) - Home Theater Computers (http://www.**avsforum.com**/avs-vb/forumdisplay.php?f=26) Chippy99. 07-01-05 07:31 AM. Does MCE **need a TV** tuner card to run?
www.avsforum.com/avs-vb/printthread.php?t=555181

Does MCE **need a TV** tuner card to run? - AVS Forum

This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?t=555181

**Need a tv** for family room going over a fireplace - AVS Forum

This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?t=504696

**i need a tv** and some help - AVS Forum

This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?t=549267

✓ 100

**Need** Bedroom **TV** Suggestion. - AVS Forum

This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ . ... Display Devices > Rear Projection Units. **Need** Bedroom **TV**

Suggestion ... buy my wife a new **TV** for the bedroom. ... current set has a standard Direct **TV** Box on it ...
www.avsforum.com/avs-vb/showthread.php?goto=lastpost&t=612069

Need help choosing a TV. - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ . ... **Need** help choosing **a TV**. **I** am looking at 2 ... center that goes around the **tv**. If I go with the ...
www.avsforum.com/avs-vb/showthread.php?t=622921

AVS Forums Archives - **Need** new **TV** suggestions
... Pages:1. **Need** new **TV** suggestions ... **I** am looking to get **a** new **TV** and from the research **I** ... about the reliability of **TV** manufacturers. Here is what I ...
archive.avsforum.com/avs-vb/history/topic/347641-1.html

AVS Forums Archives - HELP -- **Need** new **TV**
... Pages:1. HELP -- **Need** new **TV** ... home theater. **I** am now starting to evaluate equipment: The big question, what is the BEST 16:9 format **TV** available, in ...
archive.avsforum.com/avs-vb/history/topic/6994-1.html

AVS Forums Archives - **Need a TV** Tuner Card for HTPC with Composite & S-Video In
... **Need a TV** Tuner Card for HTPC with Composite & S-Video ... configuration reasons why **I need** both composite and S-Video ... there a good quality **TV** Tuner (don't **need** FM radio or ...
archive.avsforum.com/avs-vb/history/topic/29923-1.html

**Result Pages: 1 2 3 4 5 6 7 8 9 10 Next >>** **Back To Top**

I Need A TV domain:avsforum.com

Try your Search on Yahoo!

Business Services Submit a Site About AltaVista Privacy Policy Help

© 2005 Overture Services, Inc.

96%.
www.glarebuster.com

End **TV** Glare Today
Glare Buster removes 96% of the glare and light reflection from your **TV**. Easy to apply, lasts 3-plus years. Available for the introductory price of only $19.95.
www.glarebusters.com

AltaVista found 252,000,000 results

'Karrubi doesn?t **need a TV** to express his views'

90

... 'Karrubi doesn?t **need a TV** to express his views' ... Whenever Karrubi has felt the **need** to express his ideas about political developments, he has taken various measures ...
story.philippinetimes.com/p.x/ct/9/id/7c10fea114a570d8/cid/2411cd3571b4f088
More pages from story.philippinetimes.com

FlashTV :: WATCH + READ + PLAY + LISTEN
IWANTMYFLASHTV! is a FREE destination site showcasing FLASH-generated film shorts and animations created by novice and veteran film-makers, flash-media developers, animators, students and storytellers from around the world!
www.iwantmyflashtv.com
More pages from iwantmyflashtv.com

**I need a TV** repair guy in Saskatoon!!!

100

Post 1 of 1 Topic 1318 of 12913. Post > Topic >> **I need a TV** repair guy in Saskatoon!!! if you know of one could you let me know here on the newsgroup? please please pretty please. 1 Posts in Topic: Post A Reply: ... Classifieds > Canada – Saskatchewan > **I need a TV** rep...
www.talkaboutclassifieds.com/group/sk.forsale/messages/45336.html
More pages from talkaboutclassifieds.com

SlickDeals.net Forums - **Need** to find **a TV**...Please HELP!!!!
**Need** to find **a TV**...Please HELP!!!! Help Me Find a Deal
forums.slickdeals.net/showthread.php?p=653013
More pages from forums.slickdeals.net

Power Rangers: A Friend in **Need** (2) - **TV**.com
**TV**.com is your reference guide to Power Rangers episode A Friend in **Need** (2). Episode guide, cast and crew information, analysis, polls, reviews and more.

www.tv.com/power-rangers/a-friend-in-need-2/episode/80731/summary.html
More pages from tv.com

Bying a TV - Need Advice
... Television > **TV** > Bying **a TV** - Ne... Topic >> Bying **a TV** - **Need** Advice ...
www.talkabouttelevision.com/group/alt.tv/messages/101852.html
More pages from talkabouttelevision.com

NASIOC - So forget my Audi wheels **I need a** TV.
... So forget my Audi wheels **I need a TV**. User Name ... So forget my Audi wheels **I need a TV**. ...
forums.nasioc.com/forums/showthread.php?t=880979
More pages from forums.nasioc.com

100

All You **Need** to Know About the Movie and **TV** Business (ISBN: 0684800640) at eBay Books
Shop at eBay for All You **Need** to Know About the Movie and **TV** Business (ISBN: 0684800640) and other Books. Read product descriptions and reviews. Buy at auction or in an eBay store.
product.ebay.com/All-You-Need-to-Know-About-the-Movie-and-...0QQfvcsZ1388QQsoprZ799952
More pages from product.ebay.com

Flashlight **Need** No Battery | **TV** Market Place
Buy your flashlight **need** no battery at **TV** Market Place. Free 30 day warranty, buy 3 get 1 free, 2 free gifts, and fast shipping. This new LED flashlight doesn't require any batteries or bulbs and is always ready and working when you **need** it most.
www.tvmarketplace.net/products/product.aspx?id=117&sComp=T...lashlight+need+no+battery
More pages from tvmarketplace.net

Find All You **Need** To Know About The Movie And **Tv** (Paperback) at Smarter.com
Save money on All You **Need** To Know About The Movie And **Tv** Business on Paperback when you compare prices at Smarter.com. Comparison shop at Smarter.com and save money before you buy....
www.smarter.com/books-1/product/all_you_need_to_know_about...vie_and_tv_business-70392

More pages from smarter.com

Sponsored Matches Become a sponsor

Shop and Compare Televisions
Buy a TV online - Brilliant Shopper is an exciting new comparison shopping engine. Shop, find, compare prices before you buy. Brilliant Shopper - be brilliant.
www.brilliantshopper.com

ABC News: TV
ABC News is the source to trust in times like these. Get the latest news online, 24/7, from award-winning journalists and legendary programs like Good Morning America, 20/20 and Nightline.
abcnews.go.com

Overstock.com Discounts
TV - enjoy discount pricing on brand name products at overstock. Up to 75% savings everyday.
click.linksynergy.com

**Result Pages:** << Prev 1 2 3 4 5 6 7 8 9 10 Next >> Back To Top

I Need A TV

Try your Search on Yahoo!

Business Services Submit a Site About AltaVista Privacy Policy Help

© 2005 Overture Services, Inc.

TVs - Compare Prices at Pricerunner.com
Save money by comparing prices on **TVs** - PriceRunner provides you with free and independent price comparisons.
www.pricerunner.com

AltaVista found 253,000,000 results

Need help choosing a tv
Consumer Electronics Discussions on Home Theater Audio Video including DVD MP3 HDTV and more... Home > Message Board > Home Video > TV Basics > Archive through July 27, 2005 > **Need** help choosing **a tv** ...
forum.ecoustics.com/bbs/messages/2/134998.html
More pages from forum.ecoustics.com

Help!!! **Need a tv** tuner for my pc - The CHUD.COM Message Boards
Help!!! **Need a tv** tuner for my pc Chewer Tech: Home Theater Hardware & Specs
www.chud.com/forums/showthread.php?t=51674
More pages from chud.com

90

NOOB - Do I really **need a TV**/video tunner?
... question but someone told me that I don't **need a TV**/video tuner card such as WinTV PVR ... Yes I'm a cheapskate! =) All **I need** to do is view ...
forum.byopvr.com/dvr/index.php?topic=2749.0
More pages from forum.byopvr.com

90

VWvortex Forums: What do **I need** to set my computer as **a tv**
Volkswagen Enthusiast Discussion Forums ... if you're getting satellite, you don't **need a tv** "tuner" card ...
forums.vwvortex.com/zerothread?id=1836950
More pages from forums.vwvortex.com

90

**Need a TV**/Capture card - Neowin.net
**Need a TV**/Capture card, recommendations? Rate this topic: Apr 28 2004, 06:51. Post #1. Neowinian Senior. Group: Registered. Posts: 3,238. Joined: 25-March 03 ... I'm in the **need** for **a TV**/Capture card - and fast ...
www.neowin.net/forum/index.php?showtopic=161836
More pages from neowin.net

90

The CHUD.COM Message Boards - Help!!! **Need a tv** tuner for my pc

01-03-2003 02:08 PM. Help!!! **Need a tv** tuner for my pc. I'm running WinXP and want to get a good **tv** tuner so I can watch **tv** on my pc while my fiance watches her shows in the den. I don't want to spend more than $100 if possible. Any recommendations?
www.chud.com/forums/printthread.php?t=51674
More pages from chud.com

90

## Need a tv for family room going over a fireplace - AVS Forum

This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?t=504696
More pages from avsforum.com

## Does MCE need a TV tuner card to run? - AVS Forum

This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?p=5831635
More pages from avsforum.com

## WHY do you need a TV on your fridge??? - @forums

WHY do you **need a TV** on your fridge??? Other Interesting Topics
www.atforumz.com/showthread.php?t=244170
More pages from atforumz.com

90

## Need a TV? We've got one FOR SALE

... Classifieds > Texas -- San Antonio > **Need a TV?** We'... **Need a TV?** We've got one FOR SALE! Come in or call: 8035 Culebra (Outside Loop 410 ...
www.talkaboutclassifieds.com/group/sat.forsale/messages/9241.html
More pages from talkaboutclassifieds.com

90 90

Sponsored Matches Become a sponsor

## TVs: Compare Prices

Find Bargains on **TVs** and other Plasma, Widescreen, HDTV, and brand name Televisions. Get tax and shipping information, merchant ratings, and professional product reviews at BizRate.com.
www.bizrate.com

## TV at FatLens.com

Find great deals on **TVs**, digital cameras, MP3 players and

www.idolonfox.com

Televisions - SEARS® Official Site
Shop LCD, plasma, HDTV, flat screen **TV's** and more at SEARS®. Find Sharp, Panasonic, Sony, Hitachi, Phillips and much more. Plus save time and money when you buy online and pick up at SEARS.
www.sears.com

AltaVista found 253,000,000 results

'Tuned-in' toddlers **need a TV** timeout - The Washington Times: Nation/Politics
New research has found that computers and television are omnipresent even in the lives of American preschoolers.
www.washtimes.com/national/20031028-113327-6716r.htm
More pages from washtimes.com

90

Article: "'Tuned-in' Toddlers **Need a Tv** Timeout." - the Washington Times
Price: $9.95. Publication: The Washington Times. October 2003. Immediate Online Delivery. Excerpt: " Byline: Cheryl Wetzstein, The Washington Times New research has found that computers and...
goliath.ecnext.com/comsite5/bin/comsite5.pl?page=descripti...words=Tuned_Toddlers_Need
More pages from goliath.ecnext.com

90

**Need a tv** to setup universal player?
Consumer Electronics Discussions on Home Theater Audio Video including DVD MP3 HDTV and more... to all the different setup options for this player, one would **need a tv** to access the onscreen menu ...
forum.ecoustics.com/bbs/messages/1/123354.html
More pages from forum.ecoustics.com

90

[H]ard|Forum - **Need a TV**.
HardForum ... [H]ard|Ware > HTPC Systems. **Need a TV**. User Name ... is expensive, and **I need a TV**). However why buy a non HD TV? I mean if ...
www.hardforum.com/showthread.php?t=917285
More pages from hardforum.com

90

Do **I need a TV** Tuner if going Sat.
Meedio software turns your existing PC into a digital media center, home theater PC, home entertainment PC, digital video recorder (DVR or PVR), or home automation server. ...

100

MacAddict Forums / You **need a** license to own a **TV** in the UK? WTH...

MacAddict Forums. Made from the finest ingredients. You are not logged in. Pages: 1 2 3. locutus_of_borg. Member. From: Nevader... yeeee-haw! Registered: 2002-07-31. PM Website. You **need a** license to own **a TV** in the UK? WTH...
www.macaddict.com/forums/post/308651
More pages from macaddict.com

Sponsored Matches Become a sponsor

TV's - Compare Prices at NexTag.com
Found 2,678 matches for **TV's** at NexTag.com, the search engine for shoppers. Compare tax, shipping, ratings and reviews from name brand stores all over the web.
www.nextag.com

Tv - Cheaper Prices
Before you buy, compare prices at Calibex. We have a complete selection of computers, electronics, video games and office products from online stores.
www.calibex.com

TV Deals
Handpicked **TV** deals at bradsdeals.com - over 1500 free deals and coupons for over 600 stores.
www.bradsdeals.com

**Result Pages:** 1 2 3 4 5 6 7 8 9 10 Next >>

Back To Top

I Need A TV

Try your Search on Yahoo!

Business Services Submit a Site About AltaVista Privacy Policy Help

© 2005 Overture Services, Inc.

Posted: Mon Dec 29, 2003 10:01 am Post subject: Do I **need a TV** Tuner if going Sat. ...
www.meedio.com/forum/ptopic4996.html
More pages from meedio.com

BBC NEWS | Entertainment | **TV** and Radio | Elderly '**need** digital **TV** funds'
Vulnerable groups such as the elderly should be helped to buy digital **TV** equipment, a report says. ... Elderly '**need** digital **TV** funds' A new tick logo will denote digitally compatible equipment ... money to help buy digital **TV** equipment before traditional analogue **TV** signals are switched ...
news.bbc.co.uk/go/click/rss/0.91/public/-/1/hi/entertainment/tv_and_radio/4039341.stm
More pages from news.bbc.co.uk

BBC NEWS | Entertainment | **TV** and Radio | Vulnerable '**need** digital **TV** help'
... Vulnerable '**need** digital **TV** help' An estimated 63% of UK households have digital **TV**. Vulnerable people in society **need** more government help to make the switch-over to digital ...
news.bbc.co.uk/1/hi/entertainment/tv_and_radio/4252198.stm
More pages from news.bbc.co.uk

Gentoo Forums :: View topic - **I need a tv** tuner
Quick Search: Author. Message. gsfgt. Veteran. Joined: 08 May 2002. Posts: 1219. Posted: Tue Nov 11, 2003 10:43 pm Post subject: **I need a tv** tuner. I want to use mythtv to make my computer a pvr.
forums.gentoo.org/viewtopic.php?t=105136&highlight=hardware+encoder+cards
More pages from forums.gentoo.org

Editorial: Why We **Need a** Better **TV** Ratings System - April 1997 Issue of St. Anthony Messenger Magazine Online
Improvements Needed. Who Are the Decisionmakers? Why We **Need a** Better **TV** Ratings System. The new **TV** parental guidelines ratings system that went into effect this year is far from perfect, but it's a start on something we absolutely **need**. ... We **need a TV** ratings system that includes enough details to be useful and informative ...
www.americancatholic.org/Messenger/Apr1997/Editorial.asp
More pages from americancatholic.org

altavista Web Images MP3/Audio Video News Family Filter: off Help

I Need A TV domain:avsforum.com

Advanced Search
Settings

SEARCH: Worldwide USA RESULTS IN: All languages English, Spanish

AltaVista found 99,700 results

AVS Forums Archives - Need help buying a TV, please!!!
... Pages:1. **Need** help buying **a TV**, please!!! ... about TVs, and i want is to have one http://www.**avsforum.com**/ubb/smile.gif dont have to be huge ...
archive.avsforum.com/avs-vb/history/topic/980-1.html

different than other paper with ★ on it

I Need Some Help Choosing Out A Tv. - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ . ... **NEED A** PLASMA, I AM LOOKING FOR A GOOD **TV** WITH A ... I was looking for **a tv** about 3 months ago ...
www.avsforum.com/avs-vb/showthread.php?t=525013

Need a TV Tuner Card for HTPC with Composite & S-Video In - AVS Forum Archive
READ ONLY ARCHIVES. Welcome to the AVS Forum Archives. The below archive covers threads on AVS Forum, that have not been posted to, since 12/31/2004. ... I won't go into video configuration reasons why **I need** both composite ... Is there a good quality **TV** Tuner (don't **need** FM radio ... the only thing **I need** to install ...
archive.avsforum.com/avs-vb/showthread.php?s=&threadid=29923

AVS Forums Archives - Need PC & TV/DVD...any suggestions for me?
... **Need** PC & **TV**/DVD...any suggestions for me? ... I'd like to replace the **TV** and PC monitor in the ... watching television. **I need** 1024x768 for the PC, plus ...
archive.avsforum.com/avs-vb/history/topic/170868-1.html

Is Plasma Best???? Need New Tv For Htpc.... - AVS Forum Archive
READ ONLY ARCHIVES. Welcome to the AVS Forum

Archives. The below archive covers threads on AVS Forum, that have not been posted to, since 12/31/2004. ... I am looking for a new **tv** for my HTPC ... they want to watch **tv** news, or anything during ... a built in cabinet for the **TV**, and the dimensions are ...
archive.avsforum.com/avs-vb/showthread.php?s=&threadid=95845

## AVS Forum - I **Need** Some Help Choosing Out A Tv.

AVS Forum (http://www.**avsforum.com**/avs-vb/index.php) - Rear Projection Units (http://www.**avsforum.com**/avs-vb/forumdisplay.php?f=63) mikefeldy. 04-01-05 10:16 PM. All times are GMT -6. The time now is 10:51 PM.
www.avsforum.com/avs-vb/printthread.php?t=525013&p=5420933

## **Need** the basics: Connecting a DVD-Drive to a TV - AVS Forum Archive

READ ONLY ARCHIVES. Welcome to the AVS Forum Archives. The below archive covers threads on AVS Forum, that have not been posted to, since 12/31/2004. ... to my **TV** so I can watch movies ... What do **I need** to make this happen ... you **need a** mpeg2 decoder card which will have **a tv** out or a ...
archive.avsforum.com/avs-vb/showthread.php?s=&threadid=80620

## AVS Forums Archives - Dying to get **a TV** Card to work - **need** advice!!!

... Dying to get **a TV** Card to work - **need** advice!!! ... going nuts to get **a TV** card to work on ... First **I** bought the ATI **TV** Wonder. That worked ...
archive.avsforum.com/avs-vb/history/topic/76476-1.html

## AVS Forums Archives - **Need TV** recommendation

... Pages:1. **Need TV** recommendation ... real answer to my specific **need**. I'm looking to spend ... whatever) and buy a new **TV**. Its for a new apartment so I ...
archive.avsforum.com/avs-vb/history/topic/421774-1.html

## AVS Forums Archives - **Need TV** Sugestions

... Pages:1. **Need TV** Sugestions ... HD 55" set. I liked it now **I need** to replace it ... I already knew that second which **TV I**

altavista Web Images MP3/Audio Video News Family Filter: off Help

I Need A TV domain:avsforum.com [redacted] Advanced Search Settings

SEARCH: Worldwide USA RESULTS IN: All languages English, Spanish

AltaVista found 99,600 results

**Need** to distribute **TV** audio to 30 computers - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?p=5369148

**need** HD 250 remote code for Polaroid **TV** - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?goto=lastpost&t=579376

**Need** recommendations for 23"-27" LCD tv/monitor - AVS Forum
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ .
www.avsforum.com/avs-vb/showthread.php?goto=lastpost&t=602236

AVS Forum - **Need** to distribute **TV** audio to 30 computers
AVS Forum (http://www.**avsforum.com**/avs-vb/index.php) media100. 03-22-05 07:32 AM. Quote: Can it be worse than POE (power over ethernet). POE is DC, audio is AC...no interference from DC. Quote: ... - - **Need** to distribute **TV** audio to 30 computers (http://www.**avsforum.com**/avs-vb/showthread.php?t=522291 ...
www.avsforum.com/avs-vb/printthread.php?t=522291&p=5366136

AVS Forum - Panny/Sammy/Tosh/Mits - **I need** a new **TV**
This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ . ... a major problem with my **TV** purchase decision. I currently own a ... around $3000 for the **TV** but get torn up ...

90

www.avsforum.com/avs-vb/archive/index.php/t-630059.html

AVS Forum - **Need** help Oppo DV971H and Samsung DLP TV

AVS Forum (http://www.**avsforum.com**/avs-vb/index.php) - Rear Projection Units (http://www.**avsforum.com**/avs-vb/forumdisplay.php?f=63) fak005. 05-24-05 10:50 AM. ttt. All times are GMT -6. The time now is 07:31 AM. ... - - **Need** help Oppo DV971H and Samsung DLP **TV** (http://www.**avsforum.com**/avs-vb/showthread.php?t=542254 ...
www.avsforum.com/avs-vb/printthread.php?t=542254&p=5666900

AVS Forums Archives - **Need** help with new **TV** purshcase (for friend)

... description to me was "I want a high end Honda or BMW 3 Series **TV**, but don't **need** a Mercedes ... http://www.**avsforum.com**/avs-vb/show...threadid=448596 ...
archive.avsforum.com/avs-vb/history/topic/449038-1.html

AVS Forums Archives - **Need** code for Apex **TV** using Cablevision remote

... **Need** code for Apex **TV** using Cablevision remote ... my gf got a new **TV** yesterday. trying to help her programm **TV** to the cable remote. I check ...
archive.avsforum.com/avs-vb/history/topic/402054-1.html

What is the ohm load of a RCA video input of a TV? Or do I **need** to worry about it? - AVS Forum

This is a discussion forum powered by vBulletin. To find out about vBulletin, go to http://www.vbulletin.com/ . ... I was reading that I **need** to stay in a ...
www.avsforum.com/avs-vb/showthread.php?goto=lastpost&t=623000

AVS Forums Archives - Replay TV 2020 won't change channels -- **Need** Help

... Replay **TV** 2020 won't change channels -- **Need** Help ... http://www.**avsforum.com**/avs-vb/show...ight=dss+serial ...
archive.avsforum.com/avs-vb/history/topic/180389-1.html

# This Weeks Search Engine results For
# I Need A TV

| Date | Time | Search Engine | Term Spelling | T. Pages | # at 100 | # at 90 |
|---|---|---|---|---|---|---|
| 1-09-06 to 1-10-06 | 6-Am 8Am | AltaVista.com | I need ATV | 15 | 4 | 15 |
| | | | | | | |

Name: Mark Marshall phone 707 5051416 some bit

Notification: Email: A. tv 2 @ Overnet N=N net

Fax - 509 389 7894

Cell - 909 649 7801

Avg 6 per pp. = 15 x 6 = 90

Out of 90 = 4 at 100 = 90%

970 million pages ÷ 20 + 4 = total #

# " I Need A TV "

Electronics - Appliances - click [here]




Congratulations!

**You found the original one and only, "I Need A TV " home page.**

Pioneers of internet wholesale.

**Click [here] for shopping directions or email your part number to: [buyit@ineedatv.com] for pricing and delivery. Call toll free.** 1-866-963-3388

**Lines stay busy. Your call will be returned as soon as possible.**

**[Payment Center]**

"I Need A TV" **listings are among the " top ten " on each search engine across the U.S.A.**

**We encourage those who wish for better results to contact us directly.**

**"I Need A TV" is a registered Service Mark. Violators will be dealt with.**

**"Copyright I Need A TV 1998 All Rights Reserved**

## Directions

**[Electronics]**
**[Appliances]**
**[Contact Us]**
**[Shipping]**
**[About Us]**
**[Support]**

## Wholesale

**Click here to receive wholesale information.**

**Click [here] for great accessories, appliances, add-on's, and in home products.**

**Click [Google] to search our site or search [Google] to locate your part number.**

**Include a "ship to" zip code in your [email] for the lowest delivered price.**

## Language

**[Portuguese]**
**[German]**
**[Spanish]**
**[French]**
**[Italian]**

## High Tech

**[Electronics]**
**[Computers]**
**[Small TV's]**
**[Appliance]**
**[Audio]**
**[DVD]**

## Services

**[Translate]**
**[Cash Rate]**
**[Escrow]**

**New and refurbish items.**

**Two sites to meet your needs.**

**Distribution points are currently shipped from our North East, South East, and South West U.S.A. facilities.**



Ex. 2

# " I Need A TV "

## SUPPORT

[Home] [Payment Center] [Contact Us] [About Us] [Shipping] [Product Directory] [Mega store] **Email: buyit@ineedatv.com**
**Toll Free Message Center 1-866-963-3388**

### DIRECTIONS AND FUNDAMENTALS

This is for professionals. Become one here.

**Utilize the links on this page. You will save a great deal of time. If you need to see products to provide us a part number, refer to the product directory on this site, use our Google search, or send us your own part number. See wholesale instructions below. For quicker service, email your part number (s) and zip code or province to "I Need A TV" for price and shipping. Large store 30 day guarantee fixed pricing is beatable in many instances. We are not bound to retail buying group regulation or agreement. Hahahaha.**

### ABOUT WHOLESALE PURCHASING

**Copy and paste this paragraph or bookmark this page now for future reference.**
**Click, "product directory" and view product manufacturers by conducting your search from this point. Search by typing the manufacturer name to obtain your part number. If the manufacturer link you are looking for is not listed, bookmark this site, open another browser and conduct a search by typing "consumer electronics". This will get you close to finding a current part number for us to use. Grab the part number and send it to us here at " I Need A TV " via email with your zip code. See your efforts reward you twice. Number one. You now have learned how to shop wholesale. Number two. You will be happy you did this when you receive our low price via email. Now your a wholesale pro shopper. You learned how to do it right here at the original, one and only "I Need A TV" web site. Congratulations on saving more than other companies want you to.**

### COMPUTERS AND SMALL APPLIANCE

**To purchase computer items and accessories, small appliances, small T. V.'s, visit the "I Need A TV" Mega Store. Utilize the wholesale end of our site first before choosing our commercial Mega Store location. We do not stock or order individual appliance or TV repair parts to fix your current equipment at this location. Parts are only available for new appliance brand name items. Minimum purchase requirements apply. There are no T. V. parts to quote you on. Sorry.**

### OVERSEAS PURCHASE RULE