KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
GOOGLE INC., LYCOS, INC., IAC SEARCH & MEDIA, INC.,
and EARTHLINK INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| MARK MISHAK, dba INEEDATV.COM,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., AMERICAN ONLINE, INC., NETSCAPE, INC., MICROSOFT NETWORK, INC., ASK JEEVES, INC. EXCITE, INC., WEBCRAWLER, INC., YAHOO, INC., CONVERSA, INC., LYCOS, INC., HOTBOT INC., ALTAVISTA INC., CRAIGSLIST INC., RESPOND INC., INFOSEEK INC., YELLOW PAGES INC., PLANETSEARCH INC., PRONET INC., NORTHERNLIGHT INC., LUCKYSURF INC., COMFIND INC., LIQUIDPRICE INC., EARTHLINK INC., DOES 1-100,<br><br>Defendants. | Case No. CV07-8258 CAS (JCRx)<br><br>**[Proposed] ORDER GRANTING RULE 11 SANCTIONS**<br><br>Judge: The Honorable Christina A. Snyder<br><br>Date Comp. Filed: December 20, 2007 |

Having reviewed the pleadings and argument of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants' motion for Rule 11 sanctions is hereby GRANTED. Plaintiffs' First Amended Complaint is dismissed with prejudice. Plaintiff Mark Mishak and Plaintiff's counsel Roger Agajanian are hereby ordered to pay all fees and costs incurred by Defendants in defense of this matter, said obligation being joint and several, in an amount to be determined by the Court. Defendants' counsel may submit applications for fees


Dockets.Justia.com

and costs, supported by competent evidence, not later than ___________________. Plaintiff shall thereafter have seven days in which to file an opposition, if any, and Defendants shall thereafter have seven days in which to file a reply, if any.

IT IS SO ORDERED.

Dated:

By: ___________________________________

Hon. Christina A. Snyder
United States District Judge